# EXHIBIT 2

0292

RECEIVED
OKLAHOMA INSURANCE DEPARTMENT

JUL 19 2019

Legal Division

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

TAMMY COVINGTON, and )
JEFFREY COVINGTON )
                                      )     CJ-2019-3967
          PLAINTIFFS, )     Case No. _____
                                      )
vs. )
                                      )
CSAA FIRE AND CASUALTY )
INSURANCE, d/b/a )
AAA FIRE AND CASUALTY INSURANCE )
COMPANY, INC. )
                                      )
          DEFENDANTS. )

## SUMMONS

To the above-named Defendant:  CSAA Fire and Casualty Insurance d/b/a
                                              AAA Fire and Casualty Insurance Co., Inc.
                                              c/o Oklahoma Insurance Commissioner
                                              Five Corporate Plaza
                                              3625 N.W. 56th, Suite 100
                                              Oklahoma City, OK  73112-4511

      You have been sued by the above-named Plaintiffs, and you are directed to file a written Answer to the attached Petition in the court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the date of service.  A copy of your answer must be delivered or mailed to the attorney for the Plaintiffs.  Unless you answer the Petition within the time stated, judgment will be rendered against you with the costs of the action.

      Issued this ___17___ day of ___July___, 2019.

RICK WARREN, COURT CLERK

By: _____
     Deputy Court Clerk

(SEAL)

ATTORNEYS FOR PLAINTIFFS:
Douglas J. Shelton, OBA #8159
Erica R. Mackey, OBA #32057

1

dshelton@sheltonlawok.com
emackey@sheltonlawok.com
SHELTON WALKLEY MACKEY
7701 S. Western Ave., Suite 201
Oklahoma City, OK 73139
(405) 605-8800 - office
(405) 601-0677 - Facsimile

Oklahoma I
Legal Divisio:
3625 N.W. 56TH Street, Suit
Oklahoma City, OK 73112

**CERTIFIED MAIL**

7018 2290 0001 3296 0633

2080

CSAA Fire & Casualty
Insurance Company
3055 Oak Rd, MS W330
Walnut Creek, CA 94597