# EXHIBIT 3

# OKLAHOMA INSURANCE DEPARTMENT

FIVE CORPORATE PLAZA
3625 NW 56TH, SUITE 100
OKLAHOMA CITY, OK 73112
WWW.OID.OK.GOV



LEGAL DIVISION
PHONE: 405.521.2746
FAX: 405.522.0125

## GLEN MULREADY
### INSURANCE COMMISSIONER

July    19, 2019

CSAA FIRE & CASUALTY INSURANCE
COMPANY
3055 OAK RD MS W330
WALNUT CREEK    CA   94597

RE:  CJ20193967
        In the District Court in OKLAHOMA
        State of Oklahoma
        TAMMY & JEFFREY COVINGTON
                vs
        CSAA FIRE & CASUALTY INSURANCE
        COMPANY

Dear Sir or Madam:

Enclosed is a copy of the above captioned summons
served on the Insurance Commissioner as designated agent
for service of process of foreign insurance companies doing
business in the State of Oklahoma (36 O.S. section 621(B)).

Sincerely,

GLEN MULREADY
Insurance Commissioner

Maria Torres            Legal Department

dp/enclosure

THE CORPORATION COMPANY
1833 SOUTH MORGAN ROAD
OKLAHOMA CITY    OK   73128