# EXHIBIT 4

## Company Search Look-up

NAIC Consumer Information Source (https://eapps.naic.org/cis/)

CLOSE

# COMPANY DEMOGRAPHICS

| Company Name: | CSAA FIRE & CASUALTY INSURANCE COMPANY | | | FEIN: | 91-1874022 |
|---|---|---|---|---|---|
| State of Incorporation: | INDIANA | Incorporation Date: | 12/28/2005 | Issue Date: | 12/28/2005 |
| Company #: | 858045 | NAIC #: | 10921 | | |
| NAIC Group #: | 1278 | NAIC Group Name: | CALIFORNIA STATE AUTO GRP | | |
| Domicile Type: | Foreign | Company Type: | Property and Casualty | | |
| Status: | Active | | | | |
| Effective Date: | 12/28/2005 | | | | |

Please select by clicking the appropriate link for additional information:

| Company Address | Line of Business | | Company Name Change History | Company Merger History |
|---|---|---|---|---|

## COMPANY ADDRESSES

| Mailing Address | | Main Administrative | |
|---|---|---|---|
| Address Line 1 | 3055 OAK RD | Address Line 1 | 3055 OAK RD |
| Address Line 2 | | Address Line 2 | |
| Address Line 3 | | Address Line 3 | |
| City, State, Zip | WALNUT CREEK, CA 94597 | City, State, Zip | WALNUT CREEK, CA 94597 |
| Phone | | Phone | |
| Website | | Website | |
| | | Fax | |

## LINE OF BUSINESS (LOB)

| Line Name | Line Type | Effective Date |
|---|---|---|
| 07-Property | License | 12/28/2005 |
| 02-Casualty (including vehicle) | License | 12/28/2005 |
| 03-Casualty (vehicle only) | License | 12/28/2005 |

## COMPANY NAME CHANGE HISTORY

| OLD COMPANY NAME | EFFECTIVE FROM | EFFECTIVE TO | DOMICILE TYPE | COMPANY TYPE |
|---|---|---|---|---|
| CSAA FIRE & CASUALTY INSURANCE COMPANY | 01/08/2014 | | Foreign | Stockholder |

## COMPANY MERGE HISTORY

| MERGER COMPANY NAME | SURVIVING COMPANY NAME | DOMICILE TYPE | EFFECTIVE DATE |
|---|---|---|---|

**No Mergers**