# EXHIBIT 5



The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON, AND JEFFREY COVINGTON,<br>      Plaintiff,<br>v.<br><br>CSAA FIRE AND CASUALTY INSURANCE, D/B/A<br>AAA FIRE AND CASUALTY INSURANCE COMPANY, INC.,<br>      Defendant. | No. CJ-2019-3967<br>(Civil relief more than $10,000: BAD FAITH INSURER LIABILITY)<br><br>Filed: 07/17/2019<br><br><br>Judge: Stallings, Susan |

## PARTIES

Covington,  Jeffrey, Plaintiff
Covington,  Tammy, Plaintiff
Csaa Fire And Casualty Insurance, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Mackey,  Erica  R (Bar #32057)<br>SHELTON WALKLEY MACKEY<br>7701 S. WESTERN AVE., SUITE 201<br>OKLAHOMA CITY, OK 73139 | Covington,  Tammy<br>Covington,  Jeffrey |
| Shelton,  Douglas  J (Bar #8159)<br>SHELTON WALKLEY MACKEY<br>7701 S. WESTERN AVE., SUITE 201<br>OKLAHOMA CITY, OK 73139 | Covington,  Tammy<br>Covington,  Jeffrey |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**　　Issue: BAD FAITH INSURER LIABILITY (INSURE)
　　　　　　　　Filed By: Covington, Tammy
　　　　　　　　Filed Date: 07/17/2019

| Party Name | Disposition Information |
|---|---|
|  | Pending. |

## DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 07-17-2019 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 |  |  |
| 07-17-2019 | INSURE | BAD FAITH INSURER LIABILITY |  |  |  |
| 07-17-2019 | DMFE | DISPUTE MEDIATION FEE |  |  | $ 7.00 |
| 07-17-2019 | PFE1 | PETITION |  |  | $ 163.00 |
| 07-17-2019 | PFE7 | LAW LIBRARY FEE |  |  | $ 6.00 |
| 07-17-2019 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND |  |  | $ 25.00 |
| 07-17-2019 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND |  |  | $ 1.55 |
| 07-17-2019 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES |  |  | $ 5.00 |
| 07-17-2019 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER |  |  | $ 10.00 |
| 07-17-2019 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER |  |  | $ 1.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 07-17-2019 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 07-17-2019 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 07-17-2019 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 07-17-2019 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 07-17-2019 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 07-17-2019 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 07-17-2019 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 07-17-2019 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 10.00 |
| 07-17-2019 | EAA | ENTRY OF APPEARANCE DOUGLAS J. SHELTON AND ERICA R. MACKEY ON BEHALF OF PLAINTIFFS<br>Document Available (#1044184659)  TIFF    PDF | | | |
| 07-17-2019 | P | PETITION<br>Document Available (#1044049022)  TIFF    PDF | | | |
| 07-17-2019 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE STALLINGS, SUSAN TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 07-17-2019 | ACCOUNT | RECEIPT # 2019-4641326 ON 07/17/2019. PAYOR: DOUGLAS J SHELTON, PC TOTAL AMOUNT PAID: $ 242.14. LINE ITEMS: CJ-2019-3967: $173.00 ON AC01 CLERK FEES. CJ-2019-3967: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL. CJ-2019-3967: $1.66 ON AC31 COURT CLERK REVOLVING FUND. CJ-2019-3967: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2019-3967: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2019-3967: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY. CJ-2019-3967: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS. CJ-2019-3967: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND. CJ-2019-3967: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2019-3967: $10.00 ON AC81 LENGTHY TRIAL FUND. CJ-2019-3967: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |
| 07-23-2019 | CERTS | CERTIFICATE OF SERVICE Document Available (#1044451631) 📄TIFF 📄PDF | | | |