### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON and JEFFREY COVINGTON,<br><br>       Plaintiffs,<br><br>vs.<br><br>CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC.,<br><br>       Defendant. | Case No. 19-cv-00718-PRW<br>(formerly Oklahoma County Case No. CJ-2019-3967) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

Defendant, CSAA Fire & Casualty Insurance Company.

    I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

                      *s/Gerard F. Pignato*        08/06/19
                      Signature                          Date

Gerard F. Pignato
Print Name

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

Ryan Whaley Coldiron Jantzen Peters & Webber PLLC
Firm
900 Robinson Renaissance
119 North Robinson
Address

Oklahoma City    OK    73102
City    State    Zip Code

1

☐ Pro Bono

☐ CJA Training Panel

(405) 239-6040          (405) 239-6766
Telephone                Fax Number

gfp@ryanwhaley.com
Internet E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, a true and correct copy of the above and foregoing instrument was mailed via U.S. Mail, first-class, postage prepaid, to:

Douglas J. Shelton
Erica R. Mackey
Shelton Walkley Mackey
7701 S. Western Avenue, Suite 201
Oklahoma City, OK  73139

*s/Gerard F. Pignato*
Gerard F. Pignato