IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TAMMY COVINGTON and<br>JEFFREY COVINGTON,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CSAA FIRE AND CASUALTY INSURANCE,<br>d/b/a AAA FIRE AND CASUALTY<br>INSURANCE COMPANY, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19-cv-00718-PRW<br>(formerly Oklahoma County<br>Case No. CJ-2019-3967) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

　　Enter my appearance as counsel in this case for:

Defendant, CSAA Fire & Casualty Insurance Company.

　　I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

　　　　　　　　　　　　　　　　　　*s/Matthew C. Kane*　　　　　　08/06/19
　　　　　　　　　　　　　　　　　　Signature　　　　　　　　　　　Date

　　　　　　　　　　　　　　　　　　Matthew C. Kane
　　　　　　　　　　　　　　　　　　Print Name

Criminal Cases Only:　　　　　　　Ryan Whaley Coldiron Jantzen Peters
　　　　　　　　　　　　　　　　　　 & Webber PLLC
☐ Retained or USA　　　　　　　　Firm
　　　　　　　　　　　　　　　　　　900 Robinson Renaissance
　　　　　　　　　　　　　　　　　　119 North Robinson
☐ CJA Appointment　　　　　　　　Address

☐ Federal Public Defender　　　　Oklahoma City　　　　OK　　　73102
　　　　　　　　　　　　　　　　　　City　　　　　　　　State　　Zip Code

1

☐ Pro Bono

☐ CJA Training Panel

(405) 239-6040     (405) 239-6766
Telephone            Fax Number

gfp@ryanwhaley.com
Internet E-mail Address

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 6, 2019, a true and correct copy of the above and foregoing instrument was mailed via U.S. Mail, first-class, postage prepaid, to:

Douglas J. Shelton
Erica R. Mackey
Shelton Walkley Mackey
7701 S. Western Avenue, Suite 201
Oklahoma City, OK  73139

                *s/Matthew C. Kane*
                Matthew C. Kane