# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TAMMY COVINGTON and<br>JEFFREY COVINGTON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-00718-PRW |
| | ) | (formerly Oklahoma County |
| CSAA FIRE AND CASUALTY INSURANCE, | ) | Case No. CJ-2019-3967) |
| d/b/a AAA FIRE AND CASUALTY | ) | |
| INSURANCE COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE

That on August 6, 2019, Defendant, CSAA Fire and Casualty Insurance, d/b/a AAA Fire and Casualty Insurance Company, Inc. filed in the state court action styled: *Tammy Covington and Jeffrey Covington v. CSAA Fire and Casualty Insurance, d/b/a AAA Fire and Casualty Insurance Company, Inc.,* Case No. CJ-2109-3967, District Court of Oklahoma County, State of Oklahoma, a copy of the Notice of Removal which was filed with the Clerk of the United States District Court for the Western District of Oklahoma.

**Rick Warren, Court Clerk**
**District Court of Oklahoma County**

By: _____
Deputy

(SEAL)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 6, 2019, a true and correct copy of the above and foregoing instrument was mailed via U.S. Mail, first-class, postage prepaid, to:

Douglas J. Shelton
Erica R. Mackey
Shelton Walkley Mackey
7701 S. Western Avenue, Suite 201
Oklahoma City, OK  73139


*s/Matthew C. Kane*
Matthew C. Kane