## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON and JEFFREY COVINGTON,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-00718-PRW<br>(formerly Oklahoma County Case No. CJ-2019-3967) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant, CSAA Fire & Casualty Insurance Company d/b/a AAA Fire and Casualty Insurance Company, Inc., states as follows:

1.　　The parent company of CSAA Fire & Casualty Insurance Company is CSAA Insurance Exchange, a non-publicly held corporation.

2.　　No publicly-held corporation owns ten percent (10%) or more of CSAA's stock.

1

       *s/Matthew C. Kane*
       **GERARD F. PIGNATO (OBA NO. 11473)**
       **MATTHEW C. KANE (OBA NO. 19502)**

       Of the Firm:
       **RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER PLLC**
       900 Robinson Renaissance
       119 North Robinson
       Oklahoma City, OK  73102
       Telephone:  (405) 239-6040
       Facsimile:  (405) 239-6766
       gfp@ryanwhaley.com
       mkane@ryanwhaley.com

       ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2019, a true and correct copy of the above and foregoing instrument was mailed via U.S. Mail, first-class, postage prepaid, to:

Douglas J. Shelton
Erica R. Mackey
Shelton Walkley Mackey
7701 S. Western Avenue, Suite 201
Oklahoma City, OK  73139

       *s/Matthew C. Kane*
       Matthew C. Kane