IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON and JEFFREY COVINGTON )<br>)<br>)<br>)<br>Plaintiff(s),         )<br>)<br>v.                               )    Case No. CIV-19-718-PRS<br>)<br>CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC. )<br>)<br>)<br>Defendant(s)      ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiffs , TAMMY COVINGTON and JEFFREY COVINGTON .
(Plaintiff/Defendant)          (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Erica R. Mackey          8/12/19
Signature                    Date

Erica R. Mackey
Print Name

Shelton Walkley Mackey
Firm

7701 S. Western Ave., Suite 201
Address

Oklahoma City          OK          73139
City                   State       Zip Code

405-605-8800           405-601-0677
Telephone              Fax Number

emackey@sheltonlawok.com
Internet E-mail Address

REVISED 8/31/06

*Certificate of Service*

[✓] I hereby certify that on (date) 8/12/19 _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Gerard F. Pignato, OBA #11473
Matthew C. Kane, OBA #19502

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ Erica R. Mackey
s/ Attorney Name