IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TAMMY COVINGTON, and <br> (2) JEFFREY COVINGTON <br><br> PLAINTIFFS, <br><br> vs. <br><br> (1) CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC. <br><br> DEFENDANT. | Case No. CIV-19-718-PRS <br> (formerly Oklahoma County <br> Case No. CJ-2019-3967) |

## DEMAND FOR JURY TRIAL

COMES NOW Plaintiffs, Tammy Covington and Jeffrey Covington and respectfully make their demand for a jury trial pursuant to Fed R. Civ. P. 38.

Respectfully submitted,

/s/ Erica R. Mackey
Douglas J. Shelton, OBA #8159
Erica R. Mackey, OBA #32057
dshelton@sheltonlawok.com
emackey@sheltonlawok.com
SHELTON WALKLEY MACKEY
7701 S. Western Ave., Suite 201
Oklahoma City, OK 73139
(405) 605-8800 - office
(405) 601-0677 - Facsimile
*ATTORNEYS FOR PLAINTIFFS,*
*TAMMY COVINGTON AND JEFFREY COVINGTON*

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 12, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gerard F. Pignato, OBA #11473
Matthew C. Kane, OBA #19502
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK  73102
gfp@ryanwhaley.com
mkane@ryanwhaley.com
*ATTORNEYS FOR DEFENDANT*


/s/ Erica R. Mackey
Erica R. Mackey