**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**OCTOBER STATUS AND SCHEDULING CONFERENCE DOCKET**
for
Judge Patrick R. Wyrick

**Tuesday, October 1, 2019**

1. Your status and scheduling conference will be held in Judge Wyrick's chambers, on the 5th floor, Room No. 5012, of the William J. Holloway, Jr. United States Courthouse, 200 NW 4th Street, Oklahoma City, Oklahoma.

2. You must confer with the opposing party and prepare a Joint Status Report and Discovery Plan, and file it on or before Tuesday, September 24, 2019.

3. You must state in the Joint Status Report whether you have complied with Local Rule 26.1. Strict compliance with Local Rule 16.1 and 26.1 is expected.

4. At the conference, be prepared to report whether you have exchanged discovery.

5. To the extent that the parties wish to submit an Agreed Protective Order pursuant to Section 8(F) of the Joint Status Report and Discovery Plan, attach the Agreed Protective Order to the Joint Status Report and Discovery Plan when it is filed and submit the proposed Agreed Protective Order in Word format to the Judge via the Judge's orders email inbox at: wyrick-orders@okwd.uscourts.gov

6. If you are not a local attorney, you may appear by telephone, so long as you seek leave to do so by motion at least two days prior to the conference.

7. Please note that a valid photo identification is required to enter the federal courthouse building.

---

**9:30 a.m.**

| | | |
|---|---|---|
| CIV-19-755-PRW | Eric Gay | Kenneth Cole |
| | | M. Adam Engel |
| | | Mark A. Engel |
| | | Steven S. Mansell |
| | v. | |
| | United Services Automobile Association | Anna Imose |
| | | Brandon Buchanan |

**9:50 a.m.**

| | | |
|---|---|---|
| CIV-19-660-PRW | Mitchell Heath Barnett, et al. | Bradley Beckworth<br>Jeffrey Angelovich<br>Carole Dulisse<br>Jeffrey Marr<br>Darrell Latham<br>J. Revell Parrish<br>Michael Burrage<br>Reggie Whitten |
| | v. | |
| | Farmers Insurance Exchange, et al. | Jessica Dickerson<br>Mary Quinn-Cooper<br>Michael Smith<br>Samanthia Marshall<br>William Leach |

**10:10 a.m.**

| | | |
|---|---|---|
| CIV-17-003-PRW | Craig PC Sales & Service LLC, et al. | Bret Burns<br>Jonathan Irwin<br>Geoffrey Tabor<br>Stanley Ward<br>Woodrow Glass<br>Barrett Bowers |
| | v. | |
| | CDW Government LLC, et al. | Ronald Shinn<br>William Leach<br>Autumn Sharp<br>Thomas Koessl<br>Ambika Doran<br>Bonnie MacNaughton<br>Caesar Kalinowski<br>James Wendell<br>Robert Nelon<br>Lindsay Kistler<br>Zana Bugaighis |

**10:30 a.m.**

| | | |
|---|---|---|
| CIV-19-562-PRW | Nathan J. Goad | Barrett Bowers<br>Stanley Ward<br>Woodrow Glass |
| | v. | |
| | Board of Regents for the Regional University System of Oklahoma, et al. | Lexie Norwood<br>Richard Mann |

**10:50 a.m.**

| | | |
|---|---|---|
| CIV-17-517-PRW | Southstar Exploration LLC | Erin O'Roke<br>Matthew Brockman<br>William Johnson<br>Michael Whaley<br>David Cordell<br>Ryan Scharnell |
| | v. | |
| | 7C Land & Minerals Co., et al. | Caleb Hartwell<br>Gregory Mahaffey<br>Lincoln Hatfield<br>Richard Rose<br>David Morse<br>Jordan LePage<br>Patrick Lane<br>Jace White<br>Rob Robertson |

**11:10 a.m.**

| | | |
|---|---|---|
| CIV-19-625-PRW | Newview Oklahoma, Inc. | Kenneth Cole<br>M. Adam Engel<br>Mark A. Engel<br>Steven Mansell |
| | v. | |
| | Berkshire Hathaway Specialty Insurance Company | C. William Threlkeld<br>Sterling Pratt<br>Lindsey Bruning |

**1:30 p.m.**

| | | |
|---|---|---|
| CIV-19-643-PRW | Alondra Mitchell | Jeffery Taylor |
| | v. | |
| | Speck Homes, Inc. | Rachel Mathis |

**1:50 p.m.**

| | | |
|---|---|---|
| CIV-19-657-PRW | Tawana Balthrop | Dacia Abel |
| | v. | |
| | Wal-Mart Stores East LP | Jeffrey Scott<br>Michael Brewer |

**2:10 p.m.**

| | | |
|---|---|---|
| CIV-19-718-PRW | Tammy Covington, et al. | Douglas Shelton<br>Erica Mackey |
| | v. | |
| | CSAA Fire and Casualty Insurance Company | Gerard Pignato<br>Matthew Kane |

**2:30 p.m.**

| | | |
|---|---|---|
| CIV-18-44-PRW | Donald Manning | Pro Se |
| | v. | |
| | Southwestern Bell Telephone Company | Jonathan Rector<br>Ryan Freeman<br>Eva Madison |