**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| TAMMY COVINGTON and<br>JEFFREY COVINGTON,<br><br>      Plaintiffs,<br><br>v.<br><br>CSAA FIRE AND CASUALTY<br>INSURANCE, d/b/a AAA FIRE AND<br>CASUALTY INSURANCE COMPANY,<br>INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 19-cv-00718-PRW |

**NOTICE OF CHANGE OF ADDRESS**

To the Clerk of this Court and all parties of record:

    Please note our change of address as counsel in the above-styled case for Defendant,

CSAA Fire and Casualty Insurance Company:

Gerard F. Pignato, Esquire
Matthew C. Kane, Esquire
**RYAN WHALEY COLDIRON JANTZEN
PETERS & WEBBER PLLC**
400 North Walnut Avenue
Oklahoma City, Oklahoma  73104
Telephone:  405-239-6040
Facsimile:  405-239-6766
jerry@ryanwhaley.com
mkane@ryanwhaley.com

        Respectfully submitted,

        s/ Gerard F. Pignato
        Gerard F. Pignato, OBA No. 11473
        Matthew C. Kane, OBA No. 19502
        RYAN WHALEY COLDIRON JANTZEN
          PETERS & WEBBER PLLC
        400 North Walnut Avenue
        Oklahoma City, Oklahoma  73104
        Telephone:   405-239-6040
        Facsimile:    405-239-6766
        Email:        jerry@ryanwhaley.com
                       mkane@ryanwhaley.com
        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that on January 7, 2020, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to the following:

    Douglas J. Shelton, Esquire
    Erica R. Mackey, Esquire

        s/ Gerard F. Pignato
        For the Firm