# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON and JEFFREY COVINGTON,<br><br>      Plaintiffs,<br><br>v.<br><br>CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC.,<br><br>      Defendant. | Case No. 19-cv-00718-PRW |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for Defendant, CSAA Fire & Casualty Insurance Company.

      I certify that I am admitted to practice in this Court and that I am registered to file documents electronically with this Court.

      Dated on February 13, 2020.

      Respectfully submitted,

s/ Joshua K. Hefner
Joshua K. Hefner, OBA No. 30870
RYAN WHALEY COLDIRON JANTZEN
  PETERS & WEBBER PLLC
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
Telephone:   405-239-6040
Facsimile:    405-239-6766
Email:       jhefner@ryanwhaley.com
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 13, 2020, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to the following:

  Douglas J. Shelton, Esquire
  Erica R. Mackey, Esquire
  SHELTON WALKLEY MACKEY

                s/ Joshua K. Hefner
                For the Firm