**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**MAY CIVIL TRIAL DOCKET**
for
Judge Patrick R. Wyrick

**Tuesday, May 12, 2020**

1.  Your Docket Call and Trial proceeding will be held in Courtroom 503, on the 5th floor, of the United States Courthouse, NW 4th & Harvey, Oklahoma City, Oklahoma.

2.  Counsel are required to appear for Docket Call at 2:00 p.m. on Wednesday, May 6, 2020 regardless of where their case appears on the docket.

3.  At the commencement of trial, counsel shall submit three (3) typewritten lists of exhibits and witnesses to the Courtroom Deputy. (See Local Rule 43.1)

4.  Please note that a valid photo identification is required to enter the federal courthouse building.

---

## JURY DOCKET

| | | |
|---|---|---|
| CIV-18-902-PRW | Stephen Brown | John Gibson |
| | v. | |
| | Elephant Talk North America Corporation, et al. | Denelda Richardson<br>Theresa Hill<br>Lindsey Albers |

---

| | | |
|---|---|---|
| CIV-19-718-PRW | Tammy Covington, et al. | Douglas Shelton<br>Erica Mackey |
| | v. | |
| | CSAA Fire and Casualty Insurance Co. | Gerard Pignato<br>Matthew Kane<br>Joshua Hefner |

## <u>NON-JURY DOCKET</u>

| | | |
|---|---|---|
| CIV-19-242-PRW | United States Department of Labor | Karen Bobela |
| | v. | |
| | Samir Ghosn, et al. | J. Blake Dutcher Jr. |