IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON and ) <br> JEFFREY COVINGTON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CSAA FIRE AND CASUALTY ) <br> INSURANCE, d/b/a AAA FIRE AND ) <br> CASUALTY INSURANCE COMPANY, INC. ) <br> ) <br> Defendant. ) | Case No. 19-cv-00718-PRW |

### DEFENDANT'S FINAL EXHIBIT LIST

Pursuant to this Court's Scheduling Order [Doc No. 12], Defendant, CSAA Fire & Casualty Insurance Company, submits the following Final Exhibit List.[1,2]

### EXHIBITS EXPECTED TO BE USED

| No. | Description |
|---|---|
| 1 | Homeowners Policy and Declarations |
| 2 | Boardwalk Floor Company inspection report |
| 3 | Hi-Tech Plumbing inspection report and photos |
| 4 | Coverage Letter |
| 5 | Coverage Letter Following Additional Submission |
| 6 | Claim Notes |

---

[1] Defendant acknowledges the Court's admonition in the Scheduling Order: "*Except for good cause shown, no witness will be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit is included in the party's filed witness or exhibit list.*" (Emphasis in original). Defendant would only anticipate supplementing should the Court find good cause for Plaintiff to file a belated Final Exhibit List.

[2] All exhibits listed in Defendant's Final Exhibit List are from CSAA's production alone and will be identified by Bates number (CSAA_COVINGTON 0000) in the final pretrial report.

### EXHIBITS WHICH MAY BE USED IF THE NEED ARISES

| No. | Description |
|---|---|
| 1 | CSAA estimate - 05/29/18, including audit trail, sketch, and price variation report |
| 2 | CSAA estimate - Photos |
| 3 | Correspondence between IA (Ian Ruppert) and CSAA |
| 4 | Correspondence between CSAA and Plaintiff Jeffrey Covington |
| 5 | Don Ray Sharp Report |
| 6 | ISO Claims Reports |

Respectfully submitted,

*s/ Gerard F. Pignato*
Gerard F. Pignato, OBA No. 11473
Matthew C. Kane, OBA No. 19502
Joshua K. Hefner, OBA No. 30870
RYAN WHALEY COLDIRON JANTZEN
   PETERS & WEBBER PLLC
400 North Walnut Avenue
Oklahoma City, Oklahoma   73104
Telephone:   405-239-6040
Facsimile:   405-239-6766
Email:   jerry@ryanwhaley.com
         mkane@ryanwhaley.com
         jhefner@ryanwhaley.com
**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020, I electronically transmitted the attached document to:

Douglas J. Shelton – dshelton@sheltonlawok.com
Erica R. Mackey – emackey@sheltonlawok.com


*s/Gerard F. Pignato*
GERARD F. PIGNATO