IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON and<br>JEFFREY COVINGTON,<br><br>           Plaintiffs,<br><br>vs.<br><br>CSAA FIRE AND CASUALTY<br>INSURANCE, d/b/a AAA FIRE AND<br>CASUALTY INSURANCE COMPANY, INC.<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 19-cv-00718-PRW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>DEFENDANT'S WITNESS LIST</u>**

Pursuant to this Court's Scheduling Order [Doc No. 12], Defendant, CSAA Fire & Casualty Insurance Company, submits the following Witness List.[1]

**WITNESSES EXPECTED TO BE CALLED**

| No. | Name/Address | Proposed Testimony |
|---|---|---|
| 1 | Matthew Amick<br>Hi-Tech Plumbing<br>3712 East 2nd Street<br>Edmond, OK, 73034 | Reviewing damage to home and creating report(s)/estimates for Plaintiffs and/or providing repairs. |
| 2 | Danny Griffin<br>Boardwalk Floor Company<br>10117 South Morgan Road<br>Mustang, OK, 73064 | Reviewing damage to home and creating report(s)/estimates for Plaintiffs and/or providing repairs. |
| 3 | Danielle Perez, CSAA<br>3100 Quail Springs Parkway<br>Oklahoma City, Oklahoma 73134 | Handling and investigation of Plaintiff's claim. |

---

[1] Defendant acknowledges the Court's admonition in the Scheduling Order: "*Except for good cause shown, no witness will be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit is included in the party's filed witness or exhibit list.*" (Emphasis in original). Defendant would only anticipate the need to supplement should the Court find good cause for Plaintiff to file a belated Witness List.

| 4 | Alana Hare, CSAA<br>3100 Quail Springs Parkway<br>Oklahoma City, Oklahoma 73134 | Handling and investigation of Plaintiff's claim. |
|---|---|---|
| 5 | Alan Heise, CSAA<br>3100 Quail Springs Parkway<br>Oklahoma City, Oklahoma 73134 | Reviewing damage to home, creating report(s)/estimates for Plaintiffs, and/or handling and investigation of Plaintiff's claim. |

**WITNESSES WHO MAY BE CALLED IF THE NEED ARISES**

| No. | Name/Address | Proposed Testimony |
|---|---|---|
| 6 | Tammy Covington<br>c/o Plaintiff's Counsel | All allegations in Plaintiffs' Petition; deposed |
| 7 | Jeffrey Covington<br>c/o Plaintiff's Counsel | All allegations in Plaintiffs' Petition; deposed |
| 8 | Mary Jensen, CSAA<br>3100 Quail Springs Parkway<br>Oklahoma City, Oklahoma 73134 | Handling and investigation of Plaintiff's claim. |
| 9 | All witnesses listed by Plaintiffs (if any are permitted by the Court) unless objected to by this Defendant. | |
| 10 | All witnesses identified by Defendant during remaining discovery. | |

As Plaintiffs have not identified any expert or provided any expert report pursuant to the Scheduling Order, Defendant has not presently retained any rebuttal expert. (See footnote 1). Defendant would further note that Mr. Amick and Mr. Griffin are fact witnesses who may testify consistent with their personal knowledge and experience about their evaluation of aspects of Plaintiffs' claims. While properly categorized as percipient rather than expert witnesses, with testimony appropriately introduced under Fed.R.Evid. 701 rather than Fed.R.Evid. 702, their reports are nonetheless contained in the records previously produced to Plaintiffs.

Respectfully submitted,

s/ Gerard F. Pignato
Gerard F. Pignato, OBA No. 11473
Matthew C. Kane, OBA No. 19502
Joshua K. Hefner, OBA No. 30870
RYAN WHALEY COLDIRON JANTZEN
  PETERS & WEBBER PLLC
400 North Walnut Avenue
Oklahoma City, Oklahoma   73104
Telephone:   405-239-6040
Facsimile:   405-239-6766
Email:   jerry@ryanwhaley.com
        mkane@ryanwhaley.com
        jhefner@ryanwhaley.com
**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2020, I electronically transmitted the attached document to:

Douglas J. Shelton – dshelton@sheltonlawok.com
Erica R. Mackey – emackey@sheltonlawok.com

*s/Gerard F. Pignato*
GERARD F. PIGNATO

3