IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)    TAMMY COVINGTON, and ) | |
| (2)    JEFFREY COVINGTON ) | |
| ) | |
| PLAINTIFFS, ) | Case No. CIV-19-718-PRS |
| ) | (formerly Oklahoma County |
| vs. ) | Case No. CJ-2019-3967) |
| ) | |
| (1)    CSAA FIRE AND CASUALTY ) | |
| INSURANCE, d/b/a AAA FIRE AND ) | |
| CASUALTY INSURANCE COMPANY, ) | |
| INC. ) | |
| ) | |
| DEFENDANT. ) | |

**WITNESS LIST**

COMES NOW, Plaintiffs' Tammy Covington and Jeffrey Covington,

collectively ("Covington") respectfully submits their witness list.

| | Name | Address, if Known | Potential Knowledge | Will Be/May Be Called |
|---|---|---|---|---|
| 1. | Tammy Covington | c/o Douglas Shelton Shelton Walkley Mackey 7701 S. Western Ave. Ste. 201 Oklahoma City, OK 73139 | Knowledge of all facts and circumstances related to Plaintiffs' claims. | Will be called |
| 2. | Jeffrey Covington | c/o Douglas Shelton Shelton Walkley Mackey 7701 S. Western Ave. Ste. 201 Oklahoma City, OK 73139 | Knowledge of all facts and circumstances related to Plaintiffs' claims. | Will be called |
| 3. | Ian Rupert | c/o Douglas Shelton c/o Douglas Shelton | Knowledge of all facts | Will be called |

| | | Shelton Walkley Mackey 7701 S. Western Ave. Ste. 201 Oklahoma City, OK 73139 | and circumstances related to Plaintiffs' claims. | |
|---|---|---|---|---|
| 4. | Mathew Amick | Hi-Tech Plumbing 3712 East 2nd Street Edmond, OK  73034 | Reviewed damage to Plaintiffs home and provided reports related to same. | Will be called |
| 5. | Danny Griffin | Boardwalk Floor Company 10117 South Morgan Road Mustang, OK  73064 | Reviewed damage to Plaintiffs home and provided reports related to same. | Will be called |
| 6. | Don Ray Sharp | Engineer PO Box 3115 Norman OK  73072 | Reviewed damage to Plaintiffs home and provided reports related to same. | Will be called |
| 7. | Sean Agha | Premier Carpet and Restoration | Reviewed damage to Plaintiffs home and provided reports and estimates related to same. | Will be called |
| 8. | Michael Moriarty | Smith brothers Heat and Air | Reviewed damage to Plaintiffs home and provided reports and estimates related to same. | Will be called |
| 9. | Norma Ortega | Custodian of Records, CSAA c/o Gerard Pignato 900 Robinson Renaissance 119 N. Robinson Oklahoma City, OK 73102 | Reviewed damage to Plaintiffs home and provided reports related to same. | May Be Called |

| 10. | Alan Heise | AAA Field Adjuster c/o Gerard Pignato 900 Robinson Renaissance 119 N. Robinson Oklahoma City, OK 73102 | Reviewed damage to Plaintiffs home and provided reports related to same. | Will be called |
|-----|-----------|-----|-----|-----|
| 11. | Danielle Perez | AAA Claims Adjuster c/o Gerard Pignato 900 Robinson Renaissance 119 N. Robinson Oklahoma City, OK 73102 | Reviewed damage to Plaintiffs home and provided reports related to same. | May be called |
| 12. | Duane Smith | Smith Brothers HVAC contractor | Reviewed damage to Plaintiffs home and provided reports and estimates related to same. | Will be called |

Respectfully submitted,


s/  Erica R. Mackey
Douglas J. Shelton, OBA #8159
Erica R. Mackey, OBA #32057
dshelton@sheltonlawok.com
emackey@sheltonlawok.com
SHELTON WALKLEY MACKEY
7701 S. Western Ave., Suite 201
Oklahoma City, OK 73139
(405) 605-8800 - office
(405) 601-0677 - Facsimile
*ATTORNEYS FOR PLAINTIFFS,*
*TAMMY COVINGTON AND JEFFREY COVINGTON*



## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020 I electronically transmitted the attached document to following:

Gerard F. Pignato, OBA #11473
Matthew C. Kane, OBA #19502
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK  73102
gfp@ryanwhaley.com
mkane@ryanwhaley.com
*ATTORNEYS FOR DEFENDANT*

/s/ Erica R. Mackey
Erica R. Mackey