IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)   TAMMY COVINGTON, and<br>(2)   JEFFREY COVINGTON<br><br>       PLAINTIFFS,<br><br>vs.<br><br>(1)    CSAA FIRE AND CASUALTY<br>INSURANCE, d/b/a AAA FIRE AND<br>CASUALTY INSURANCE COMPANY,<br>INC.<br><br>       DEFENDANT. | )<br>)<br>)<br>)   Case No. CIV-19-718-PRS<br>)   (formerly Oklahoma County<br>)   Case No. CJ-2019-3967)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**EXHIBIT LIST**

COMES NOW, Plaintiffs' Tammy Covington and Jeffrey Covington,

collectively ("Covington") respectfully submits their exhibit list.

E

| | Description | Exhibits Which Shall Be/May Be Used |
|---|---|---|
| 1. | CSAA Policy and Declarations | Will Be Used |
| 2. | CSAA Claim File | Will Be Used |
| 3. | Audio Recordings of conversations between Plaintiffs' public adjuster and agents/employees of Defendant | Will Be Used |
| 4. | Boardwalk Floor Company Inspection Report | Will Be Used |
| 5. | Hi-Tech Plumbing & Leak Detect, Inc. | Will Be Used |
| 6. | Ian's Enterprise Claim File | Will Be Used |
| 7. | Discovery Responses of Defendants | May Be Used |
| 8. | Discovery Responses of Plaintiffs | May Be Used |
| 9. | Photographs of the Damage To Property | Will Be Used |

| 10. | BoardWalk Floor Company Inspection Report | May Be Used |
|-----|-------------------------------------------|-------------|
| 11. | Hi-Tech Plumbing & Leak Detect, Inc. | May Be Used |
| 12. | Don Ray Sharp Report | May Be Used |
| 13 | Deposition Testimony of Alan Heise | May Be Used |
| 14 | Premier Carpet and Restoration Invoices and Report | May Be Used |
| 15 | Smith Brothers Heat and Air Report | May Be Used |

Respectfully submitted,


s/  Erica R. Mackey_____
Douglas J. Shelton, OBA #8159
Erica R. Mackey, OBA #32057
dshelton@sheltonlawok.com
emackey@sheltonlawok.com
SHELTON WALKLEY MACKEY
7701 S. Western Ave., Suite 201
Oklahoma City, OK 73139
(405) 605-8800 - office
(405) 601-0677 - Facsimile
*ATTORNEYS FOR PLAINTIFFS,*
*TAMMY COVINGTON AND JEFFREY COVINGTON*


## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020 I electronically transmitted the attached document to following:

Gerard F. Pignato, OBA #11473
Matthew C. Kane, OBA #19502
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK  73102
gfp@ryanwhaley.com
mkane@ryanwhaley.com
*ATTORNEYS FOR DEFENDANT*


/s/ Erica R. Mackey

2

Erica R. Mackey