### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON and<br>JEFFREY COVINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>CSAA FIRE AND CASUALTY<br>INSURANCE, d/b/a AAA FIRE AND<br>CASUALTY INSURANCE COMPANY,<br>INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 19-cv-00718-PRW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DEPOSITION SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45, Defendant CSAA Fire & Casualty Insurance Company will take the deposition of Ian Rupert on March 27, 2020, beginning at 10:00 a.m. in the offices of Shelton Walkley Mackey, 7701 South Western Avenue, Suite 201, Oklahoma City, Oklahoma 73139.  A copy of the Deposition Subpoena to be issued for the subject deposition is attached hereto as Exhibit 1.

The deposition will continue from day-to-day until completed, subject to such adjournment as may be agreed upon by counsel.  The deposition will be taken before a certified shorthand reporter authorized by law to administer oaths and will be recorded by stenographic means.

1

Dated:  March 12, 2020.

        *s/Joshua K. Hefner*
        Gerard F. Pignato, OBA No. 11473
        Matthew C. Kane, OBA No. 19502
        Joshua K. Hefner, OBA No. 30870
        RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER PLLC
        400 N. Walnut Avenue
        Oklahoma City, OK  73104
        Telephone:  (405) 239-6040
        Facsimile:  (405) 239-6766
        Emails:  jerry@ryanwhaley.com
                mkane@ryanwhaley.com
                jhefner@ryanwhaley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2020 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Douglas J. Shelton
Erica R. Mackey

        *s/Joshua K. Hefner*
        Joshua K. Hefner