IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TAMMY COVINGTON, and )<br>(2) JEFFREY COVINGTON )<br>)<br>    PLAINTIFFS, )<br>)<br>vs. )<br>)<br>(1) CSAA FIRE AND CASUALTY )<br>INSURANCE, d/b/a AAA FIRE AND )<br>CASUALTY INSURANCE COMPANY, )<br>INC. )<br>)<br>    DEFENDANT. ) | Case No. CIV-19-718-PRS<br>(formerly Oklahoma County<br>Case No. CJ-2019-3967) |

## NOTICE TO TAKE DEPOSITION

To:  **Alan Heise**
c/o Joshua Hefner, Esq.
RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER PLLC
400 N. Walnut Ave.
Oklahoma City, OK  73104

PLEASE TAKE NOTICE that on **Tuesday, March 31, 2020**, the Plaintiffs, Tammy Covington and Jeffrey Covington, by and through their counsel of record, Douglas J. Shelton and Erica R. Mackey of SHELTON WALKLEY MACKEY, will take the deposition of **Alan Heise**, to be used as evidence in the trial of the above cause.  The deposition will be taken at the offices of RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER PLLC, at 400 N. Walnut Ave., Oklahoma City, Oklahoma 73104, beginning at the hour of 1:00 p.m. on said date, before a qualified court reporter/stenographer.

1

The taking of the above deposition will be adjourned and continued, from day to day, at the same place and between the hours of 8:00 a.m. and 6:00 p.m., and until same is completed.

s/ Erica R. Mackey_____
Douglas J. Shelton, OBA #8159
Erica R. Mackey, OBA #32057
dshelton@sheltonlawok.com
emackey@sheltonlawok.com
SHELTON WALKLEY MACKEY
7701 S. Western Ave., Suite 201
Oklahoma City, OK 73139
(405) 605-8800 - office
(405) 601-0677 - Facsimile
*ATTORNEYS FOR PLAINTIFFS,*
*TAMMY COVINGTON AND JEFFREY COVINGTON*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gerard F. Pignato, OBA #11473
Matthew C. Kane, OBA #19502
Joshua K. Hefner, OBA #30870
RYAN WHALEY COLDIRON JANTZEN
PETERS & WEBBER PLLC
400 North Walnut Ave.
Oklahoma City, OK  73104
jerry@ryanwhaley.com
mkane@ryanwhaley.com
jhefner@ryanwhaley.com
*ATTORNEYS FOR DEFENDANT*


/s/ Erica R. Mackey
Erica R. Mackey