405-749-Wood (9663)   www.boardwalkfloorco.com

Like Us On



## INSPECTION REPORT
VIA EMAIL: alan.heise@csaa.com

July 6, 2018

Alan Heise
Homeowner Field Claims
CSAA Insurance Group, a AAA Insurer

RE:   1721 SE 59th St

Dear Mr. Heise:

We have inspected the above referenced property and found high moisture readings throughout from 17% - 34%. The Polyurethane Top Coat on the prefinished engineered Bamboo flooring is bubbling, due to the moisture in the flooring. There is water damage area at the hall due to an AC leak, with loose spots and movement, due to lack of nails.

Without removing some of the flooring it is difficult to know if there is a proper moisture barrier. We suspect, however, that the AC was leaking for quite some time causing water to get trapped under the flooring and between the barrier, if any. With this high a moisture content, when the wood is removed, you will more than likely see the moisture.

My recommendation is total replacement.

Feel free to contact me with any questions you may have.

Kind Regards,

Danny Griffin, Owner

**10117 S Morgan, Mustang, OK  73064 · OFC PH/FX (405) 749-wood**
**Danny Griffin (405) 425-9976 · Sheri Calabrisi (405) 240-4043 · scal@boardwalkfloorco.com**

CSAA_COVINGTON 0449