```
 1   neighbor hitting me with his car.
 2              So in this case, you've alleged that AAA's
 3   breached the contract, and as a result of that, you say
 4   you've suffered damages.
 5              So I'm asking you what damages you've
 6   suffered?
 7        A.    Other than the physical house damages?
 8        Q.    Well, I think it might include that.  So that's
 9   why I'm asking you:  What are the damages that you've
10   suffered as a result of your allegation that AAA
11   breached the contract?
12        A.    Okay.  The house damages.
13        Q.    Anything else?
14        A.    I don't invite people over to my house for
15   parties, so...
16        Q.    We're in the year 2020, and the Mother's Day
17   was in 2018.
18              Did you have a Mother's Day event at your
19   home in 2019?
20        A.    No.
21        Q.    Did you have Christmas at your home in 2019?
22        A.    No.
23        Q.    And your testimony is because of AAA's --
24        A.    I'm embarrassed over the floors.  They bother
25   me.
```



```
 1      Q.   Do the floors look different now than they did
 2   in May of 2018?
 3      A.   Yes.
 4      Q.   How much different?
 5      A.   There's more bubbled spots than what there
 6   were, and then it appears that some of the boards might
 7   be rotting.
 8      Q.   But in May of 2018, those bubbles -- some
 9   bubbles were already present, correct?
10      A.   Yes.
11      Q.   And there was already some damage that Ian
12   actually saw when he got up from your dinner table.
13      A.   So that was actually the first party that we
14   had people come over, which is why nobody knew about it.
15      Q.   So in nine months' time, between August of 2017
16   and May of 2018, you didn't have any other parties?
17      A.   I don't believe so.
18      Q.   So what parties would you have had that you
19   haven't had because of what you allege is AAA's breach
20   of contract?
21      A.   So, historically, we do a July 4th get-together
22   with both of our families together.  Jeff's family
23   hasn't been over at all since then.
24      Q.   Sorry.  Since when?
25      A.   Since the floor started bubbling.
```



```
 1      Q.  So in July of 2018, you did not celebrate July
 2  4th at your home?
 3      A.  No.
 4      Q.  What about in July of 2019?
 5      A.  No.  I think we've had one other party, but it
 6  was the same -- it was my mom and my brother and his
 7  family, so they had already seen the floor at that
 8  point, but Jeff's family hasn't come over.
 9      Q.  Is there anyone in your family or Jeff's family
10  that you have specifically told, "I'm not having a party
11  because of my floors"?
12      A.  No.
13      Q.  Is there anybody -- have you even told your
14  husband, "Hey, we're not having a party because of the
15  floors"?
16      A.  No.
17      Q.  So has anybody ever questioned you, "Why are we
18  not having parties anymore like we used to?"
19      A.  No, I don't think people have questioned it.  I
20  think there have been times they're like, "Oh, what are
21  we going to do or whose house are we going to?"  And I
22  just don't ever volunteer.
23      Q.  Okay.  And nobody's questioned you why you
24  haven't volunteered?
25      A.  Huh-uh.  I'm very private.  I don't really talk
```

