# Hi-Tech Plumbing & Leak Detect, Inc.

3712 E 2nd Street  
Edmond, OK 73034

Phone (405) 340-2000  
FTID# 73-1606439

Date: June 1, 2018  
AAA Insurance – Alana Hare  
(888) 335-2722 ext. 10222  
Claim # 1002-67-8208

Inv # 42015  
Jeffrey Covington  
17121 SE 59th  
Choctaw, OK 73720

We were hired by AAA Insurance to perform leak detection. The Insured reports that the condensation drain overflowed and damaged the wood floor.

I performed a video inspection of the drain system through the vents on the roof and through the main drain clean out in the yard on the south and east end of the home. I found no bellies or clogs in the drain system at this time. I found the vent on the west end of the home to be installed directly into an old p-trap that I believe was the old clothes washer drain.

I crawled under the home and inspected the plumbing under the home. I found no leaks on the water system at this time. I found the master bathroom toilet flange seal to be leaking above the subfloor causing a small piece of the sub floor to get wet. I also found the humidity level to be so high that the PVC building condensation drain is sweating and dripping water under the home. I found that the building condensation drain is not sweating above the subfloor. While inspecting the condensation drain I found the condensation drain to be improperly installed by using an S-trap. I found a running trap in the condensation drain under the home. I recommend removing these two traps and installing the correct trap in the line under the home, and moving the drain from the fresh air plenum back into the wall. While performing the inspection I found lots of mold and mildew to be growing on the trusses, on the brick bracing, and on the stem walls under the original portion of the home. I also found the mold and mildew to extend two feet into the east room add on portion of the home. I found the dirt under the home to be damp in the majority of the crawl space except under the east add on and close to the crawl space access. The remaining trusses and subfloor in the east add on are showing less mold and mildew. After inspecting the crawl space and plumbing I walked the perimeter of the home and found only two vents for the crawl space of the home. I also found more than one section of them stem wall that has been filled with brick where a crawl space vent could have been located. I believe that the improper installation of the condensation drain contributed to the clogging and overflowing over the HVAC drain into the home. I also believe that the lack of proper crawl space ventilation has caused high humidity and condensation on the wood under the home.

**Option 1:** Cut out the p-trap under the home and in the fresh air plenum, screw a piece of foam board down to the subfloor in the fresh air plenum, cut a hole in the subfloor and base plate in the wall between the fresh air plenum and the dining room, relocate the drain, and install a new p-trap under the home and a new stand pipe. $1250

Thank You,  
**Matthew Amick**  
**Leak Detection Specialist**  
**Journeyman Plumber, OK Lic # 091334**

| | |
|---|---:|
| Leak Detection | $275.00 |
| Two Way Trip Charge (Choctaw) | $40.00 |
| Total | $315.00 |

Please pay $315.00 from the invoice as an investigative claim expense.

CSAA_COVINGTON 0450