IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)   TAMMY COVINGTON, and <br> (2)   JEFFREY COVINGTON <br><br>        PLAINTIFFS, <br><br> vs. <br><br> (1)   CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC. <br><br>        DEFENDANT. | Case No. CIV-19-718-PRW |

**PLAINTIFFS' UNOPPOSED MOTION
TO ENLARGE PRE-TRIAL DEADLINES**

COMES NOW, Plaintiffs Tammy and Jeffrey Covington, and respectfully moves to enlarge all pre-trial deadlines by 120 days.  In support thereof, Plaintiffs show the court the following:

1. There has not been any prior request to extend any deadlines.

2. The current Covid-19 Pandemic, along with the State of Oklahoma Order, the City of Oklahoma City Order, and the City of Norman's order of shelter-in-place, has made the completion of final discovery and scheduled depositions impossible and impracticable.  Given the current state of the Pandemic and uncertainty as to when restrictions will be lifted, Plaintiffs urge the court to postpone the pre-trial deadlines 120 days.

3. Counsel for Plaintiffs have spoken to counsel for Defendant and Defendant has no objection to this extension.

4. The Present Deadlines and Proposed enlargement are as follows:

| Item | Present Date | Proposed Date |
|---|---|---|
| Discovery Deadline | April 1 | July 30 |
| Daubert Motions | April 1 | July 30 |
| Designation of Deposition Testimony | April 23 | August 21 |
| Objections and Counter Designations of Deposition Testimony | April 30 | August 28 |
| Motions in Limine | April 23 | August 21 |
| Jury Instructions | April 23 | August 21 |
| Voir Dire | April 23 | August 21 |
| Trial Briefs | April 23 | August 21 |
| Proposed Findings/Conclusions of Law | April 23 | August 21 |
| Final Pretrial Report | April 23 | August 21 |

5. Granting this enlargement will delay trial, which is presently on the May 2020 Docket, to the September 2020 Docket.

**WHEREFORE,** Plaintiffs pray that the proposed enlargement of deadlines set out above be granted.

Respectfully submitted,


s/ Erica R. Mackey_____
Douglas J. Shelton, OBA #8159
Erica R. Mackey, OBA #32057
dshelton@sheltonlawok.com
emackey@sheltonlawok.com
SHELTON WALKLEY MACKEY
7701 S. Western Ave., Suite 201
Oklahoma City, OK 73139
(405) 605-8800 - office
(405) 601-0677 - Facsimile
*ATTORNEYS FOR PLAINTIFFS,*
*TAMMY COVINGTON AND JEFFREY COVINGTON*


## CERTIFICATE OF SERVICE

     I hereby certify that on March 25, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gerard F. Pignato, OBA #11473
Matthew C. Kane, OBA #19502
Joshua K. Hefner, OBA #30870
RYAN WHALEY COLDIRON JANTZEN
PETERS & WEBBER PLLC
400 North Walnut Ave.
Oklahoma City, OK  73104
jerry@ryanwhaley.com
mkane@ryanwhaley.com
jhefner@ryanwhaley.com
*ATTORNEYS FOR DEFENDANT*


/s/ Erica R. Mackey
Erica R. Mackey