IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) TAMMY COVINGTON, and <br> (2) JEFFREY COVINGTON | ) <br> ) <br> ) | |
| PLAINTIFFS, | ) <br> ) | Case No. CIV-19-718-PRW <br> (formerly Oklahoma County |
| vs. | ) <br> ) | Case No. CJ-2019-3967) |
| (1) CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC. | ) <br> ) <br> ) <br> ) <br> ) | |
| DEFENDANT. | ) | |

### **PLAINTIFFS' OBJECTIONS TO DEFENDANT'S EXHIBIT LIST**

COMES NOW, Plaintiffs Tammy and Jeffrey Covington, and identify the following objections to Defendant's Exhibits:

### **Plaintiffs' Objections to Defendant's Exhibits Listed That Will Be Used**

| No. | Description | Objections |
|---|---|---|
| 1. | Homeowner's Policy and Declarations | |
| 2. | Boardwalk Floor Company Report | Hearsay; FRE 802, 611 |
| 3. | Hi-Tech Plumbing Report and Photos | Hearsay; FRE 802, 611 |
| 4. | Coverage Letters | |
| 5. | Coverage Letters Following Additional Submission | |
| 6. | Claim Notes | |

**Plaintiffs' Objections to Defendant's Exhibits Listed That May Be Used**

| No. | Description | Objections |
|---|---|---|
| 1. | CSAA Estimate 5/29/18 including audit trail, sketch, price valuation | |
| 2. | CSAA Estimate – Photos | |
| 3. | Correspondence between Ian Rupert and CSAA | |
| 4. | Correspondence between CSAA and Jeffrey Covington | |
| 5. | Don Sharp Report | Hearsay; FRE 802, 611 |
| 6. | ISO Claims | Hearsay; Irrelevant; Probative Value Is Outweighed by Prejudicial Effect; FRE 611, 401, 402, 403 |

s/ Erica R. Mackey
Douglas J. Shelton, OBA #8159
Erica R. Mackey, OBA #32057
dshelton@sheltonlawok.com
emackey@sheltonlawok.com
SHELTON WALKLEY MACKEY
7701 S. Western Ave., Suite 201
Oklahoma City, OK 73139
(405) 605-8800 - office
(405) 601-0677 - Facsimile
*ATTORNEYS FOR PLAINTIFFS,*
*TAMMY COVINGTON AND JEFFREY COVINGTON*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gerard F. Pignato, OBA #11473
Matthew C. Kane, OBA #19502
Joshua K. Hefner, OBA #30870

RYAN WHALEY COLDIRON JANTZEN
PETERS & WEBBER PLLC
400 North Walnut Ave.
Oklahoma City, OK  73104
jerry@ryanwhaley.com
mkane@ryanwhaley.com
jhefner@ryanwhaley.com
*ATTORNEYS FOR DEFENDANT*


/s/ Erica R. Mackey
Erica R. Mackey