IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) TAMMY COVINGTON, and )
(2) JEFFREY COVINGTON )
)
    PLAINTIFFS, ) Case No. CIV-19-718-PRW
)
vs. )
)
(1) CSAA FIRE AND CASUALTY )
INSURANCE, d/b/a AAA FIRE AND )
CASUALTY INSURANCE COMPANY, )
INC. )
)
    DEFENDANT. )

## ORDER

**UPON APPLICATION OF THE PLAINTIFF**, and for good cause shown, this Court hereby **GRANTS** the Motion to Enlarge Pre-Trial Deadlines Judgment by 120 days (Dkt. 25) as follows:

| **Item** | **Present Date** | **Proposed Date** |
|---|---|---|
| Discovery Deadline | April 1 | July 30 |
| Daubert Motions | April 1 | July 30 |
| Designation of Deposition Testimony | April 23 | August 21 |
| Objections and Counter Designations of Deposition Testimony | April 30 | August 28 |
| Motions in Limine | April 23 | August 21 |
| Jury Instructions | April 23 | August 21 |

1

| | | |
|---|---|---|
| Voir Dire | April 23 | August 21 |
| Trial Briefs | April 23 | August 21 |
| Proposed Findings/Conclusions of Law | April 23 | August 21 |
| Final Pretrial Report | April 23 | August 21 |
| Trial Docket | May 2020 | September 2020 |

The current reply briefing deadline as to the pending motion for summary judgment remain intact.

**IT SO ORDERED this 26th day of March, 2020.**

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE