IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| RUSS GODFREY and | ) | |
|---|---|---|
| NATALIE GODFREY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | Case No. 19-CV-329-JD |
| CSAA FIRE & CASUALTY | ) | |
| INSURANCE COMPANY, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S OBJECTIONS TO
PLAINTIFFS' DEPOSITION DESIGNATIONS**

In compliance with the Court's Scheduling Order entered July 1, 2019 (Doc. 15) and the Court's Order of February 28, 2020 (Doc. 101) granting Defendant an extension in which to file Defendant's Objections to Plaintiffs' Deposition Designations, Defendant submits the following Objections to Plaintiffs' Deposition Designations as follows:

**1. Objections to Plaintiffs' Designations of Mark S. Costello:**

| Start Page/Line | End Page/Line | Objections |
|---|---|---|
| 8/9 | 8/10 | FRE 401, 402, 403 |
| 8/21 | 8/25 | FRE 401, 402, 403 |
| 45/9 | 46/3 | FRE 401, 402, 803, Speculation |
| 46/5 | 46/12 | FRE 803 |
| 46/17 | 47/3 | FRE 401, 412, Argumentative |
| 65/11 | 68/23 | *See* Motion *in Limine* No. 12 |
| 134/22 | 136/8 | *See* Motion *in Limine* Nos. 3, 11 |

1

| Start Page/Line | End Page/Line | Objections |
|---|---|---|
| 167/4 | 167/14 | FRE 401, 402 |
| 182/12 | 182/15 | FRE 401, 402 |

2. **Objections to Plaintiffs' Designations of Allen Lippoldt**:

| Start Page/Line | End Page/Line | Objections |
|---|---|---|
| 47/2 | 47/6 | FRE 803 |
| 49/2 | 49/22 | FRE 803 |
| 55/10 | 55/13 | FRE 803 |
| 61/4 | 61/10 | FRE 803 |
| 63/15 | 63/18 | Speculation |
| 75/18 | 75/25 | FRE 401, 402 |
| 76/17 | 76/21 | Speculation |
| 77/1 | 79/1 | FRE 803 |
| 80/9 | 80/15 | FRE 401, 402, Speculation, Argumentative |
| 83/17 | 84/20 | Lack of foundation, Speculation, 401, 402 |
| 85/8 | 88/1 | 401, 402, 803, Lack of foundation, Lack of personal knowledge, *see* Motion *in Limine* No. 11 |

Respectfully Submitted,

*s/Bruce A. Robertson*
Gerard F. Pignato, OBA No. 11473
Bruce A. Robertson, OBA No. 13113
Matthew C. Kane, OBA No. 19502
Joshua K. Hefner, OBA No. 30870
Susan F. Kane, OBA No. 19455
RYAN WHALEY COLDRION JANTZEN PETERS
 & WEBBER PLLC
400 North Walnut Avenue
Oklahoma City, Oklahoma  73104
Telephone:	(405) 239-6040
Facsimile:	(405) 239-6766
Email:	jerry@ryanwhaley.com
	brobertson@ryanwhaley.com
	mkane@ryanwhaley.com
	jhefner@ryanwhaley.com
	susanfkane@gmail.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2020, I transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following registrants:

Steven S. Mansell
Mark A. Engel
Kenneth G. Cole
M. Adam Engel
Keith F. Givens

*s/Bruce A. Robertson*
Bruce A. Robertson