# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUSS GODFREY and NATALIE GODFREY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) )   Case No. 19-CV-329-JD |
| CSAA FIRE & CASUALTY INSURANCE COMPANY, a foreign corporation, | ) ) ) ) |
| Defendant. | ) |

### DEFENDANT'S COUNTER-DESIGNATIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS

In compliance with the Court's Scheduling Order entered July 1, 2019 (Doc. 15) and the Court's Order of February 28, 2020 (Doc. 101) granting Defendant an extension in which to file Defendant's Counter-Designations to Plaintiffs' Deposition Designations, Defendant submits the following Counter-Designations to Plaintiffs' Deposition Designations as follows:

**Counter-Designations to Plaintiffs' Designations of Allen Lippoldt:**

| Start Page/Line | End Page/Line |
|---|---|
| 6/16 | 6/18 |
| 9/7 | 9/18 |
| 11/11 | 11/14 |
| 11/22 | 12/4 |
| 12/14 | 12/20 |
| 12/25 | 13/20 |

1

| Start Page/Line | End Page/Line |
|---|---|
| 14/12 | 14/25 |
| 15/17 | 17/13 |
| 19/24 | 25/23 |
| 26/1 | 26/22 |
| 27/10 | 29/9 |
| 29/14 | 30/4 |
| 30/7 | 30/25 |
| 32/5 | 33/22 |
| 33/25 | 35/15 |
| 35/22 | 36/4 |
| 36/12 | 37/5 |
| 38/7 | 40/3 |
| 40/7 | 41/12 |
| 41/24 | 44/3 |
| 44/15 | 44/17 |
| 47/9 | 49/1 |
| 50/3 | 51/7 |
| 52/7 | 53/5 |
| 53/9 | 54/5 |
| 54/16 | 61/3 |
| 61/11 | 62/16 |
| 62/21 | 63/18 |

| Start Page/Line | End Page/Line |
|---|---|

| Start Page/Line | End Page/Line |
|---|---|
| 63/23 | 64/17 |
| 64/21 | 64/23 |
| 65/1 | 67/19 |
| 68/11 | 69/2 |
| 69/5 | 70/4 |
| 70/13 | 71/4 |
| 71/9 | 72/3 |
| 72/9 | 75/9 |

Respectfully Submitted,

*s/Bruce A. Robertson*
Gerard F. Pignato, OBA No. 11473
Bruce A. Robertson, OBA No. 13113
Matthew C. Kane, OBA No. 19502
Joshua K. Hefner, OBA No. 30870
Susan F. Kane, OBA No. 19455
RYAN WHALEY COLDRION JANTZEN PETERS
 & WEBBER PLLC
400 North Walnut Avenue
Oklahoma City, Oklahoma  73104
Telephone:   (405) 239-6040
Facsimile:   (405) 239-6766
Email:       jerry@ryanwhaley.com
             brobertson@ryanwhaley.com
             mkane@ryanwhaley.com
             jhefner@ryanwhaley.com
             susanfkane@gmail.com

***Attorneys for Defendant***

3

## CERTIFICATE OF SERVICE

      I hereby certify that on March 4, 2020, I transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following registrants:

Steven S. Mansell
Mark A. Engel
Kenneth G. Cole
M. Adam Engel
Keith F. Givens

                                        *s/Bruce A. Robertson*
                                        Bruce A. Robertson