IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON and ) <br> JEFFREY COVINGTON, ) <br> ) <br>       Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CSAA FIRE AND CASUALTY ) <br> INSURANCE, d/b/a AAA FIRE AND ) <br> CASUALTY INSURANCE COMPANY, INC. ) <br> ) <br>       Defendant. ) | Case No. 19-cv-00718-PRW |

**DEFENDANT'S OBJECTION TO PLAINTIFFS' SUPPLEMENT TO PLAINTIFFS' RESPONSE AND OBJECTION TO DEFENDANT'S <u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant CSAA Fire and Casualty Insurance Company ("CSAA") for its Response to Plaintiffs' Supplement to Plaintiffs' Response and Objection to Defendant's Motion for Summary Judgment (Doc. 32) ("Supplement"), respectfully moves the Court to strike or, in the alternative, disregard the Supplement that was filed without seeking leave of Court and without an order from the Court granting the same as required by LCvR7.1(i). This is not the first time Plaintiffs have filed without first seeking, and being granted, leave of the Court. *See e.g.*, Plaintiffs' Final Witness List (Doc. 19) and Plaintiffs' Final Exhibit List (Doc. 20), both filed out of time without prior authorization of the Court.

In bypassing a properly filed motion seeking leave, Plaintiffs also failed to consult with Defendant's counsel as required by LCVr7.1(k). Moreover, Plaintiffs would have been required to provide a viable basis for their request, something they cannot do.

Plaintiffs' Supplement, at best, is, a surreply, attempting to correct errors in their Response and containing additional argumentation rather than supplementation.

In sum, the Supplement should be stricken or, alternatively, disregarded by the Court as filed untimely and without authorization.

Respectfully submitted,

*s/ Joshua K. Hefner*
Gerard F. Pignato, OBA No. 11473
Matthew C. Kane, OBA No. 19502
Joshua K. Hefner, OBA No. 30870
RYAN WHALEY COLDIRON JANTZEN
  PETERS & WEBBER PLLC
400 North Walnut Avenue
Oklahoma City, Oklahoma  73104
Telephone:   405-239-6040
Facsimile:    405-239-6766
Email:          jerry@ryanwhaley.com
                   mkane@ryanwhaley.com
                   jhefner@ryanwhaley.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2020, I electronically transmitted the attached document to:

Douglas J. Shelton – dshelton@sheltonlawok.com
Erica R. Mackey – emackey@sheltonlawok.com

*s/ Joshua K. Hefner*
JOSHUA K. HEFNER