IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TAMMY COVINGTON, and <br> (2) JEFFREY COVINGTON <br><br> PLAINTIFFS, <br><br> vs. <br><br> (1) CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC. <br><br> DEFENDANT. | Case No. CIV-19-718-PRW <br> (formerly Oklahoma County <br> Case No. CJ-2019-3967) |

**MOTION TO FILE**
**SUPPLEMENT TO RESPONSE AND OBJECTION TO DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiffs, Tammy and Jeffrey Covington, and pursuant to LCvR7.1(i) hereby request leave to file a supplement to its Objection to Defendant's Motion for Summary Judgment [Doc #24].

Through inadvertence and mistake, Plaintiffs' Response and Objection to Defendant's Motion for Summary Judgment mistakenly cited erroneous sections of the applicable insurance policy, some of which were replaced by endorsement. The applicable language does not alter the basic substance of the response but is necessary to be accurate, and Plaintiffs seek to be clear and candid with the Court.

Plaintiffs' supplement is necessary pursuant to Rule of Professional Conduct 3.3, candor towards a tribunal and is to correct inaccurately cited

1

language in the brief.  The proposed supplemental brief has already been filed without leave - see Supplement to Plaintiffs' Response and Objection to Defendant's Motion for Summary Judgment [Doc#32]. If granted leave to file, Plaintiffs can and will re-file the Supplement.

Respectfully Submitted,

s/ Erica Mackey
Douglas J. Shelton, OBA #8159
Erica R. Mackey, OBA #32057
dshelton@sheltonlawok.com
emackey@sheltonlawok.com
SHELTON WALKLEY MACKEY
7701 S. Western Ave., Suite 201
Oklahoma City, OK 73139
(405) 605-8800 - office
(405) 601-0677 - Facsimile
*ATTORNEYS FOR PLAINTIFFS,*
*TAMMY COVINGTON AND JEFFREY COVINGTON*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2020 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gerard F. Pignato, OBA #11473
Matthew C. Kane, OBA #19502
Joshua K. Hefner, OBA #30870
RYAN WHALEY COLDIRON JANTZEN
PETERS & WEBBER PLLC
400 North Walnut Ave.
Oklahoma City, OK  73104
jerry@ryanwhaley.com
mkane@ryanwhaley.com
jhefner@ryanwhaley.com
*ATTORNEYS FOR DEFENDANT*

s/Erica Mackey

2