# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   TAMMY COVINGTON, and | ) | |
| (2)   JEFFREY COVINGTON | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-718-PRW |
| | ) | |
| (1)   CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC. | ) ) ) ) | |
| | ) | |
| DEFENDANT. | ) | |

## **ORDER**

Before the Court is Plaintiffs' Motion to File Supplement to Response and Objection to Defendant's Motion for Summary Judgment (Dkt. 34). For good cause shown, the Court **GRANTS** the motion.

**IT SO ORDERED THIS 8th day of April, 2020.**

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1