IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) | TAMMY COVINGTON, and | ) |
| (2) | JEFFREY COVINGTON | ) |
| | | ) |
| | PLAINTIFFS, | ) Case No. CIV-19-718-PRW |
| | | ) |
| vs. | | ) |
| | | ) |
| (1) | CSAA FIRE AND CASUALTY | ) |
| INSURANCE, d/b/a AAA FIRE AND | | ) |
| CASUALTY INSURANCE COMPANY, | | ) |
| INC. | | ) |
| | | ) |
| | DEFENDANT. | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR
## PLAINTIFFS, TAMMY COVINGTON AND JEFFREY COVINGTON

Erica R. Mackey, formerly of Shelton Walkley Mackey, counsel for Plaintiffs, pursuant to LCvR83.5, moves the Court to enter an Order allowing Erica R. Mackey to withdraw as counsel of record for Plaintiffs, Tammy Covington and Jeffrey Covington, for the reason that she is no longer an attorney with the firm of Shelton Walkley Mackey, and that attorney Douglas J. Shelton of Shelton Walkley Mackey will continue to represent Plaintiffs, Tammy Covington and Jeffrey Covington, in this matter.

WHEREFORE, Erica R. Mackey, formerly of Shelton Walkley Mackey, counsel for Plaintiffs, respectfully requests the Court to enter an Order allowing Erica R. Mackey, to withdraw as counsel of record for Plaintiffs, Tammy Covington and Jeffrey Covington, in this case.

Respectfully submitted,


s/  Erica R. Mackey_____
Erica R. Mackey, OBA #32057
Attorney at Law
10020 S. Allen Drive
Oklahoma City, OK  73139
Telephone:  (214) 843-8224
Email:    Erica.R.Mackey@gmail.com


## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gerard F. Pignato, OBA #11473
Matthew C. Kane, OBA #19502
Joshua K. Hefner, OBA #30870
RYAN WHALEY COLDIRON JANTZEN
PETERS & WEBBER PLLC
400 North Walnut Ave.
Oklahoma City, OK  73104
jerry@ryanwhaley.com
mkane@ryanwhaley.com
jhefner@ryanwhaley.com
*ATTORNEYS FOR DEFENDANT*


/s/ Erica R. Mackey_____
Erica R. Mackey