# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)  TAMMY COVINGTON, and<br>(2)  JEFFREY COVINGTON<br><br>        PLAINTIFFS,<br><br>vs.<br><br>(1)  CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC.<br><br>        DEFENDANT. | Case No. CIV-19-718-PRW |

## ORDER

Before the Court is the Application of Erica R. Mackey's "Motion To Withdraw As Counsel Of Record For Plaintiffs, Tammy Covington and Jeffrey Covington" (Dkt. 37). For good cause shown, the Court **GRANTS** the Motion.

**IT IS SO ORDERED this 10th day of April, 2020.**

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1