# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TAMMY COVINGTON, and )<br>(2) JEFFREY COVINGTON )<br>)<br>PLAINTIFFS, )<br>)<br>vs. )<br>)<br>(1) CSAA FIRE AND CASUALTY )<br>INSURANCE, d/b/a AAA FIRE AND )<br>CASUALTY INSURANCE COMPANY, )<br>INC. )<br>)<br>DEFENDANT. ) | Case No. CIV-19-718-PRW |

## **ORDER**

Before the Court is Plaintiffs' Application to Court to Accept Witness and Exhibit List Out of Time (Dkt. 31). Defendant filed objections to Plaintiffs' untimely filings but did not file a response to the motion. Upon a review of the filings, the Court grants the motion. Defendant will suffer no prejudice because it has been aware of the contents of the witness and exhibit lists since nearly the beginning of this case. Moreover, the untimeliness of these filings was minimal and not caused by the bad faith of Plaintiffs. The motion (Dkt. 31) is accordingly **GRANTED**.

**IT IS SO ORDERED THIS 3rd day of June, 2020.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE