IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TAMMY COVINGTON and | ) | |
| JEFFREY COVINGTON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-00718-PRW |
| | ) | |
| CSAA FIRE AND CASUALTY | ) | |
| INSURANCE, d/b/a AAA FIRE AND | ) | |
| CASUALTY INSURANCE COMPANY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBPOENAS *DUCES TECUM*

TO:   Douglas J. Shelton
      Shelton & Walkley Law Group
      7701 S. Western Avenue, Suite 201
      Oklahoma City, OK  73139

PLEASE TAKE NOTICE that Defendant, CSAA Fire and Casualty Insurance Company,

will issue Subpoenas *Duces Tecum* to both Don Ray Sharp and the Oklahoma State Board of

Licensure for Professional Engineers and Land Surveyors. Copies of the Subpoenas *Duces Tecum*

are attached hereto as Exhibit 1.

*s/Gerard F. Pignato*
Gerard F. Pignato, OBA No. 11473
Matthew C. Kane, OBA No. 19502
Joshua K. Hefner, OBA No. 30870
RYAN WHALEY, PLLC
400 North Walnut Avenue
Oklahoma City, OK  73104
Telephone:  (405) 239-6040
Facsimile:  (405) 239-6766
Email:  jerry@ryanwhaley.com
        mkane@ryanwhaley.com
        jhefner@ryanwhaley.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Douglas J. Shelton – dshelton@sheltonlawok.com


*s/Gerard F. Pignato*
Gerard F. Pignato