**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**SEPTEMBER CIVIL TRIAL DOCKET**
for
Judge Patrick R. Wyrick

**Tuesday, September 8, 2020**

1. Your Docket Call and Trial proceeding will be held in Courtroom 503, on the 5th floor, of the United States Courthouse, NW 4th & Harvey, Oklahoma City, Oklahoma.

2. Counsel are required to appear for Docket Call at 2:00 p.m. on Wednesday, September 2, 2020 regardless of where their case appears on the docket.

3. At the commencement of trial, counsel shall submit three (3) typewritten lists of exhibits and witnesses to the Courtroom Deputy. (See Local Rule 43.1)

4. Please note that a valid photo identification is required to enter the federal courthouse building.

---

## JURY DOCKET

| | | |
|---|---|---|
| CIV-17-194-PRW | Walida Nowlin, *as Personal Representative of the Estate of Jerry Nowlin, deceased* | Ann Keele<br>Stanley Monroe |
| | v. | |
| | Christopher Grimes and<br>Joshua Castlebury | Stacey Haws Felkner<br>Ambre Gooch<br>Chris Collins |

| | | |
|---|---|---|
| CIV-18-1176-PRW | Sylvia Lott | Cynthia Rowe D'Antonio |
| | v. | |
| | The City of Oklahoma City, et al. | Brett Logan<br>Richard Mahoney<br>Jason Bolitho<br>Michael Moore |
| CIV-19-718-PRW | Tammy Covington, et al. | Douglas Shelton |
| | v. | |
| | CSAA Fire and Casualty Insurance Company | Gerard Pignato<br>Matthew Kane<br>Joshua Hefner |
| CIV-18-1176-PRW | Robert A. St. Clair | Forrest DeVaughn<br>Larry Finn<br>Murry Parrish<br>Adam Lewis<br>J. Kyle Findley<br>Kason Kimberley |
| | v. | |
| | Ephriam Edwards, et al. | Dan Folluo<br>Rebecca Newman |