IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON and<br>JEFFREY COVINGTON,<br><br>    Plaintiffs,<br><br>vs.<br><br>CSAA FIRE AND CASUALTY<br>INSURANCE, d/b/a AAA FIRE AND<br>CASUALTY INSURANCE COMPANY, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 19-cv-00718-PRW<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBPOENA *DUCES TECUM*

TO: Douglas J. Shelton
   SHELTON & WALKLEY LAW GROUP
   7701 South Western Avenue, Suite 201
   Oklahoma City, Oklahoma 73139

PLEASE TAKE NOTICE that Defendant, CSAA Fire and Casualty Insurance Company, will issue a Subpoena *Duces Tecum* to Kendall Parrish. A copy of the Subpoena *Duces Tecum* is attached hereto as Exhibit 1.

           *s/Gerard F. Pignato*
           Gerard F. Pignato, OBA No. 11473
           Matthew C. Kane, OBA No. 19502
           Joshua K. Hefner, OBA No. 30870
           RYAN WHALEY, PLLC
           400 North Walnut Avenue
           Oklahoma City, Oklahoma 73104
           Telephone: (405) 239-6040
           Facsimile: (405) 239-6766
           Email: jerry@ryanwhaley.com
              mkane@ryanwhaley.com
              jhefner@ryanwhaley.com
           *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Douglas J. Shelton – dshelton@sheltonlawok.com

*s/Gerard F. Pignato*
Gerard F. Pignato