## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

TAMMY COVINGTON and          )
JEFFREY COVINGTON,           )
                             )
       Plaintiffs,           )
                             )
vs.                          )          Case No. CIV-19-718-PRW
                             )
CSAA FIRE AND CASUALTY       )
INSURANCE, d/b/a AAA FIRE AND )
CASUALTY INSURANCE COMPANY, INC. )
                             )
       Defendant.            )

## ORDER

Before the Court is the Joint Motion to Enlarge Discovery Deadline" (Dkt. 46). For good cause shown, the Court **GRANTS** the motion. The discovery deadline is extended to August 14, 2020.

**IT IS SO ORDERED this 27th day of July, 2020.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE