IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) TAMMY COVINGTON, and<br>(2) JEFFREY COVINGTON<br><br>PLAINTIFFS,<br><br>vs.<br><br>(1) CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC.<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-19-718-PRW |

**NOTICE OF SUBPOENA DUCES TECUM**

TO:   Joshua Hefner, Esq.
RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER PLLC
400 N. Walnut Ave.
Oklahoma City, OK  73104
jhefner@ryanwhaley.com

PLEASE TAKE NOTICE that Plaintiffs, Tammy Covington and Jeffrey Covington, will issue a Subpoena Duces Tecum To Defendant, CSAA Fire and Casualty Insurance, d/b/a AAA Fire and Casualty Insurance Company, Inc.  A copy of the Subpoena Duces Tecum is attached hereto as Exhibit 1.

s/ Douglas J. Shelton
Douglas J. Shelton, OBA #8159
dshelton@sheltonlawok.com
SHELTON WALKLEY MACKEY
7701 S. Western Ave., Suite 201
Oklahoma City, OK 73139
(405) 605-8800 - office

1

(405) 601-0677 - Facsimile
*ATTORNEYS FOR PLAINTIFFS,*
*TAMMY COVINGTON AND JEFFREY COVINGTON*

## CERTIFICATE OF SERVICE

I hereby certify that on _____July 27_____, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gerard F. Pignato, OBA #11473
Matthew C. Kane, OBA #19502
Joshua K. Hefner, OBA #30870
RYAN WHALEY COLDIRON JANTZEN
PETERS & WEBBER PLLC
400 North Walnut Ave.
Oklahoma City, OK  73104
jerry@ryanwhaley.com
mkane@ryanwhaley.com
jhefner@ryanwhaley.com
*ATTORNEYS FOR DEFENDANT*


/s/ Douglas J. Shelton
Douglas J. Shelton