AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| TAMMY COVINGTON AND JEFFREY COVINGTON | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. CIV-19-718-PRS |
| CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY | ) ) ) |
| *Defendant* | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: DEFENDANT, CSAA FIRE AND CASUALTY INSURANCE, D/B/A/ AAA FIRE AND CASUALTY INSURANCE COMPANY, INC.,

*(Name of person to whom this subpoena is directed)*

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   COMPLETE PERSONNEL FILE OF ALAN HEISE

| Place: SHELTON & WALKLEY LAW GROUP<br>7701 S. WESTERN AVE., SUITE 201<br>OKLAHOMA CITY, OK  73139 | Date and Time:<br>July 31, 2020 – 10:00am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   07/27/2020

CLERK OF COURT

OR

_____        _____
*Signature of Clerk or Deputy Clerk*                                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   PLAINTIFFS, TAMMY COVINGTON AND JEFFREY COVINGTON                 , who issues or requests this subpoena, are:
DOUGLAS J. SHELTON, OF SHELTON & WALKLEY LAW GROUP, 7701 S. WESTERN AVE., SUITE 201, OKLAHOMA CITY, OK  73139, dshelton@sheltonlawok.com, (405) 605-8800

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. CIV-19-718-PRS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

 ☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

 ☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

               _____
                     *Server's signature*

               _____
                    *Printed name and title*

               _____
                    *Server's address*

Additional information regarding attempted service, etc.: