IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TAMMY COVINGTON, and<br>(2) JEFFREY COVINGTON<br><br>    PLAINTIFFS,<br><br>vs.<br><br>(1) CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC.<br><br>    DEFENDANT. | )<br>)<br>)<br>)<br>) Case No. CIV-19-718-PRW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' UNOPPOSED MOTION
TO ENLARGE PRE-TRIAL DEADLINES**

COMES NOW, Plaintiffs Tammy and Jeffrey Covington, and respectfully moves to enlarge certain remaining pre-trial deadlines by seven (7) days. In support thereof, Plaintiffs show the court the following:

1. There have been two prior requests to extend deadlines.

2. This matter is set for mediation on August 20, 2020. Numerous deadlines occur on August 21, 2020. If the mediation is successful, the filings will be unnecessary. Therefore, Plaintiff urges the Court to move all deadlines noted for seven (7) days.

3. Counsel for Plaintiffs have spoken to counsel for Defendant and Defendant has no objection to this extension.

4. The Present Deadlines and Proposed enlargement are as follows:

1

| Item | Present Date | Proposed Date |
|---|---|---|
| Designation of Deposition Testimony | August 21, 2020 | August 28, 2020 |
| Objections and Counter Designations of Deposition Testimony | August 28, 2020 | September 1, 2020 |
| Motions in Limine | August 21, 2020 | August 28, 2020 |
| Jury Instructions | August 21, 2020 | August 28, 2020 |
| Voir Dire | August 21, 2020 | August 28, 2020 |
| Trial Briefs | August 21, 2020 | August 28, 2020 |
| Proposed Findings/Conclusions of Law | August 21, 2020 | August 28, 2020 |
| Final Pretrial Report | August 21, 2020 | August 28, 2020 |

5. Granting this enlargement will not delay the trial, which is presently on the September 2020 Docket.

**WHEREFORE,** Plaintiffs pray that the proposed enlargement of deadlines set out above be granted.

Respectfully submitted,

s/ Douglas J. Shelton
Douglas J. Shelton, OBA #8159
dshelton@sheltonlawok.com
SHELTON & WALKLEY LAW GROUP
7701 S. Western Ave., Suite 201
Oklahoma City, OK 73139
(405) 605-8800 - office
(405) 601-0677 - Facsimile
*ATTORNEYS FOR PLAINTIFFS,*
*TAMMY COVINGTON AND JEFFREY COVINGTON*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August _____, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gerard F. Pignato, OBA #11473
Matthew C. Kane, OBA #19502
Joshua K. Hefner, OBA #30870
RYAN WHALEY COLDIRON JANTZEN
PETERS & WEBBER PLLC
400 North Walnut Ave.
Oklahoma City, OK  73104
jerry@ryanwhaley.com
mkane@ryanwhaley.com
jhefner@ryanwhaley.com
*ATTORNEYS FOR DEFENDANT*


/s/ Douglas J. Shelton
Douglas J. Shelton