# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON and JEFFREY COVINGTON, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIV-19-00718-PRW ) |
| CSAA FIRE AND CASUALTY, INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC., | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is Plaintiffs and Defendant's Joint Motion to Extend Discovery for the Purpose of One Deposition (Dkt. 50). The Parties request a five-day extension to the discovery deadline for the limited purpose of deposing one additional witness who was unable to give a deposition prior to the discovery cutoff date of August 14, 2020 due to illness. Upon review of the filing, and for good cause shown, the Court hereby **GRANTS** the Joint Motion to Extend Discovery for the Purpose of One Deposition. Accordingly, the discovery deadline is extended to August 19, 2020 for the limited purpose of allowing Plaintiffs to depose Alana Hare.

**IT IS SO ORDERED this 13th day of August, 2020.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE