IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON and JEFFREY COVINGTON, </br></br> Plaintiffs, </br></br> v. </br></br> CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC., </br></br> Defendant. | Case No.  CIV-19-718-PRW |

## **ORDER**

Before the Court is Plaintiffs' Unopposed Motion to Enlarge Pre-Trial Deadlines (Dkt. 49). Plaintiffs ask the Court to "enlarge" certain pre-trial deadlines by seven days.[1] All the while, Plaintiffs maintain that "[g]ranting this enlargement will not delay the trial, which is presently on the September 2020 Docket."[2] The Court disagrees.

In the Western District of Oklahoma, civil jury trials set for September of 2020, like this one, commence September 8, 2020. Under the proposed schedule set forth in the motion, as modified by the earlier Scheduling Order (Dkt. 12), the new deadlines run too close to, and some even coincide with, the start of trial.[3] This is not practical.

Still, the Court appreciates that "[t]his matter is set for mediation on August 20, 2020" and that "[i]f [that] mediation is successful, the [pre-trial] filings [for which

---

[1] Unopposed Mot. to Enlarge Pre-Trial Deadlines (Dkt. 49) at 1.
[2] *Id.* at 2.
[3] *See id.*; Scheduling Order (Dkt. 12) at 2.

Plaintiffs seek an extension] will be unnecessary."[4] The Court wants to encourage these settlement efforts and avoid creating unnecessary work for the litigants.

Thus, in lieu of the requested seven-day extension, and for good cause shown as required by Fed. R. Civ. P. 16(b)(4), the Court adopts a middle ground: The pre-trial deadlines at issue will be extended three days except for the deadline to file responses and objections to counter designations of deposition testimony, as shown below.

| Item | Present Date | New Date |
| --- | --- | --- |
| Designation of Deposition Testimony | August 21, 2020 | August 24, 2020 |
| Motions in Limine | August 21, 2020 | August 24, 2020 |
| Jury Instructions | August 21, 2020 | August 24, 2020 |
| Voir Dire | August 21, 2020 | August 24, 2020 |
| Trial Briefs | August 21, 2020 | August 24, 2020 |
| Final Pretrial Report | August 21, 2020 | August 24, 2020 |
| Objections and Counter Designations of Deposition Testimony | August 28, 2020 | August 31, 2020 |
| Responses and Objections to Motions in Limine | August 31, 2020 | September 3, 2020 |
| Responses and Objections to Jury Instructions | August 31, 2020 | September 3, 2020 |
| Responses and Objections to Voir Dire | August 31, 2020 | September 3, 2020 |
| Responses and Objections to Trial Briefs | August 31, 2020 | September 3, 2020 |
| Responses and Objections to Final Pretrial Report | August 31, 2020 | September 3, 2020 |

---

[4] Unopposed Mot. to Enlarge Pre-Trial Deadlines (Dkt. 49) at 1.

| Responses and Objections to Counter Designations of Deposition Testimony | September 4, 2020 | September 4, 2020 |
|---|---|---|

The Court therefore **GRANTS WITH MODIFICATIONS** Plaintiffs' Unopposed Motion to Enlarge Pre-Trial Deadlines.

IT IS SO ORDERED this 13th day of August, 2020.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE