## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON and<br>JEFFREY COVINGTON,<br><br>    Plaintiffs,<br><br>v.<br><br>CSAA FIRE AND CASUALTY<br>INSURANCE, d/b/a AAA FIRE AND<br>CASUALTY INSURANCE COMPANY,<br>INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 19-cv-00718-PRW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S FIRST SUPPLEMENTAL REQUESTED VOIR DIRE

Defendant, CSAA Fire and Casualty Insurance Company (CSAA) submits the following First Supplemental Requested Voir Dire, in the above case. CSAA states that this Supplement is timely made as the deadline for Requested Voir Dire is August 24, 2020 (See [Doc 52].)

#### SUPPLEMENTAL REQUESTED VOIR DIRE

At the core of this lawsuit is a contract dispute. CSAA requests this court to interrogate the jury regarding their understanding of contracts. Most, if not all, of the prospective jurors will have had some experience during their lives contracting with another party. CSAA would like to explore their contracting experience and generally inquire regarding the purpose or function of a contract. Insurance policies are contracts, and coverage is subject to the terms, conditions, and exclusions contained therein.

Because, again, this lawsuit arises from a contract – *i.e.*, coverage – dispute, CSAA believes it is important to understand the jurors' understanding of contracts and any backgrounds or experiences they may have in drafting, negotiating, or applying contracts.

Respectfully submitted,

*/s/ Gerard Pignato*

Gerard F. Pignato, OBA No. 11473
Matthew C. Kane, OBA No. 19502
Joshua K. Hefner, OBA No. 30870
RYAN WHALEY COLDIRON JANTZEN
 PETERS & WEBBER PLLC
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
Telephone:    405-239-6040
Facsimile:    405-239-6766
Email: jerry@ryanwhaley.com
          mkane@ryanwhaley.com
          jhefner@ryanwhaley.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on August 24, 2020, a true and correct copy of the above and foregoing instrument was forwarded to:

| | |
|---|---|
| Douglas J. Shelton, Esquire<br>SHELTON & WALKLEY LAW GROUP<br>7701 South Western Avenue, Suite 201<br>Oklahoma City, Oklahoma 73139<br>Telephone:    405-605-8800<br>Facsimile:    405-601-0677<br>Email: dshelton@sheltonlawok.com<br>ATTORNEYS FOR PLAINTIFFS | *VIA U.S. MAIL, FACSIMILE, AND EMAIL* |

*/s/ Gerard Pignato*
For the Firm