## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

### AMENDED OCTOBER CIVIL TRIAL DOCKET
for
Judge Patrick R. Wyrick

**Tuesday, October 13, 2020**

1. Your Docket Call and Trial proceeding will be held in Courtroom 503, on the 5th floor, of the United States Courthouse, NW 4th & Harvey, Oklahoma City, Oklahoma.

2. Counsel are required to appear for Docket Call at 2:00 p.m. on Wednesday, October 7, 2020 regardless of where their case appears on the docket.

3. At the commencement of trial, counsel shall submit three (3) typewritten lists of exhibits and witnesses to the Courtroom Deputy. (See Local Rule 43.1)

4. Please note that a valid photo identification is required to enter the federal courthouse building.

---

### JURY DOCKET

| | | |
|---|---|---|
| CIV-18-1176-PRW | Sylvia Lott | Cynthia Rowe D'Antonio |
| | v. | |
| | The City of Oklahoma City, et al. | Brett Logan<br>Richard Mahoney<br>Jason Bolitho<br>Michael Moore |
| CIV-19-718-PRW | Tammy Covington, et al. | Douglas Shelton |
| | v. | |
| | CSAA Fire and Casualty Insurance Company | Gerard Pignato<br>Matthew Kane<br>Joshua Hefner |

| | | |
|---|---|---|
| CIV-19-981-PRW | Robert A. St. Clair | Forrest DeVaughn<br>Larry Finn<br>Murry Parrish<br>Adam Lewis<br>J. Kyle Findley<br>Kason Kimberley |
| | v. | |
| | Ephriam Edwards, et al. | Dan Folluo<br>Rebecca Newman |
| CIV-18-902-PRW | Stephen Brown | John Gibson |
| | v. | |
| | Elephant Talk North America Corporation, et al. | Denelda Richardson<br>Theresa Hill<br>Lindsey Albers |
| CIV-19-898-PRW | David Judice | Noble McIntyre<br>Lauren Braddy<br>William Alexander |
| | v. | |
| | SandBox Transportation LLC | Lori Winland<br>Andrew Burnside<br>Samantha Seaton |

## **NON-JURY DOCKET**

| | | |
|---|---|---|
| CIV-20-39-PRW | Envoy Mortgage Ltd | Keith Daniels |
| | v. | |
| | Mark Connolly, et al. | Sherry Doyle |