IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TAMMY COVINGTON, and<br>(2) JEFFREY COVINGTON,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>(1) CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-19-00718-PRW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is Defendant's Motion for Leave to File Supplement to Motion for Summary Judgment and Request for Order Expediting Plaintiffs' Objection (Dkt. 63). Among other things, Defendant asks the Court to order Plaintiffs to respond with any objections to the instant motion on an expedited basis in light of the impending trial date. Pursuant to Local Civil Rule 7.1(g), the Court **GRANTS IN PART** Defendant's Motion. Plaintiffs are to respond to Defendant's Motion for Leave to File Supplement to Motion for Summary Judgment and Request for Order Expediting Plaintiffs' Objection (Dkt. 63) no later than Friday, September 11, 2020 at 12:00 PM.

**IT SO ORDERED THIS 4th day of September, 2020.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PATRICK R. WYRICK
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE