```
            IN THE DISTRICT COURT OF OKLAHOMA COUNTY
                       STATE OF OKLAHOMA


TAMMY COVINGTON and        )
JEFFREY COVINGTON,         )
                           )
        Plaintiffs         )
                           )
v.                         )   Case No. 19-cv-00718-PRW
                           )
                           )
CSAA FIRE AND CASUALTY     )
INSURANCE d/b/a AAA FIRE   )
AND CASUALTY INSURANCE     )
COMPANY, INC.              )
                           )
        Defendants         )




              DEPOSITION OF JEFFREY COVINGTON

            TAKEN ON BEHALF OF THE DEFENDANT

                 IN OKLAHOMA CITY, OKLAHOMA

                   ON FEBRUARY 21, 2020

                        9:04 a.m.




REPORTED BY:  WENDY SMITH, CSR
```



1  the HVAC unit or water that you could see in the cracks
2  off of the flooring that surrounded the wall of the HVAC
3  closet?
4      A.  No.
5      Q.  So really, according to you, it was a onetime
6  event where you saw this water on the floor, correct?
7      A.  Yes.
8      Q.  How often do you change the filters on the HVAC
9  unit?
10     A.  Every three months.
11     Q.  Okay.  So do you remember prior to August 8,
12 2017, when you had last replaced the air filters?
13     A.  I don't recall.
14     Q.  Okay.  Do you remember the first time you
15 replaced the air filters after August 8th, 2017?
16     A.  Are you asking me if there was water on the
17 floor?  I mean, I know I changed the filters.
18     Q.  Right.
19     A.  But I did not notice water either time.  I know
20 I would have done it, and I look at the floor.  I look
21 at the condition of the floor.  I want to make sure
22 there's nothing weird going on, any mold or whatever,
23 you know, not that I expect it to be, but I just want to
24 make sure that area's clean because we're breathing
25 that, and it's very -- should be the cleanest place in



800.211.DEPO (3376)
EsquireSolutions.com