**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**AMENDED NOVEMBER CIVIL TRIAL DOCKET**
for
Judge Patrick R. Wyrick

**Wednesday, November 4, 2020**

1. Your Docket Call and Trial proceeding will be held in Courtroom 503, on the 5th floor, of the United States Courthouse, NW 4th & Harvey, Oklahoma City, Oklahoma.

2. Counsel are required to appear for Docket Call at 2:00 p.m. on Wednesday, October 28, 2020 regardless of where their case appears on the docket.

3. At the commencement of trial, counsel shall submit three (3) typewritten lists of exhibits and witnesses to the Courtroom Deputy. (See Local Rule 43.1)

4. Please note that a valid photo identification is required to enter the federal courthouse building.

---

### JURY DOCKET

| | | |
|---|---|---|
| CIV-19-718-PRW | Tammy Covington, et al. | Douglas Shelton |
| | v. | |
| | CSAA Fire and Casualty Insurance Company | Gerard Pignato<br>Matthew Kane<br>Joshua Hefner |
| CIV-19-981-PRW | Robert A. St. Clair | Forrest DeVaughn<br>Larry Finn<br>Murry Parrish<br>Adam Lewis<br>J. Kyle Findley<br>Kason Kimberley |
| | v. | |
| | Ephriam Edwards, et al. | Dan Folluo<br>Rebecca Newman |

| | | |
|---|---|---|
| CIV-18-902-PRW | Stephen Brown | John Gibson |
| | v. | |
| | Elephant Talk North America Corporation, et al. | Denelda Richardson<br>Theresa Hill<br>Lindsey Albers |
| CIV-17-194-PRW | Walida Nowlin, *as Personal Representative of the Estate of Jerry Nowlin, deceased* | Ann Keele<br>Stanley Monroe |
| | v. | |
| | Christopher Grimes<br>Joshua Castlebury | Stacey Haws Felkner<br>Ambre Gooch<br>Chris Collins |
| CIV-19-946-PRW | Ruby J. Disney | Steven S. Mansell<br>Mark A. Engel<br>Keith F. Givens |
| | v. | |
| | United National Life Insurance Company of America | Leasa M. Stewart<br>Emiline T. Ebrite<br>Kyle D. Evans |
| CIV-19-561-PRW | Elizabeth Davis | Joshua S. Turner<br>Eugene K. Bertman |
| | v. | |
| | Mercy Rehabilitation Hospital | Samuel R. Fulkerson<br>Justin P. Grose |

## NON-JURY DOCKET

| | | |
|---|---|---|
| CIV-20-39-PRW | Envoy Mortgage Ltd | Keith Daniels |
| | v. | |
| | Mark Connolly, et al. | Sherry Doyle |
| | | |
| CIV-19-242-PRW | United States Department of Labor | Karen Bobela |
| | v. | |
| | Samir Ghosn, et al. | J. Blake Dutcher Jr. |