# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: October 19, 2020

| | | |
|---|---|---|
| TAMMY COVINGTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-718-PRW |
| | ) | |
| CSAA FIRE AND CASUALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTER ORDER:**

On October 16, 2020, the Chief Judge for the U.S. District Court for the Western District of Oklahoma entered General Order No. 20-22, continuing all civil jury trials on the November 2020 docket to permit the Court to focus on a limited number of civil and criminal cases that were continued from prior dockets.

Accordingly, the Court STRIKES this case from the Court's November 2020 jury trial docket, STRIKES the Docket Call set for October 28, 2020 and RESETS this matter on the Court's December 2020 jury trial docket. Additionally, all pending deadlines shall remain in place, unless the Court grants a motion for extension of time filed by one or both of the parties.

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By:    s/*Kathy Spaulding*
Deputy Clerk