# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON and JEFFREY COVINGTON,<br><br>        Plaintiffs,<br><br>v.<br><br>CSAA FIRE AND CASUALTY INSURANCE, d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC.,<br><br>        Defendant. | Case No. CIV-19-00718-PRW |

## JUDGMENT

In accordance with today's Memorandum Opinion and Order (Dkt. 77) granting Defendant's Motion for Summary Judgment (Dkt. 15), judgment is hereby entered in favor of Defendant CSAA Fire And Casualty Insurance and against Plaintiffs Tammy Covington and Jeffrey Covington on their breach of contract, bad faith, and punitive damages claims.

**ENTERED this 23rd day of October, 2020.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE