# EXHIBIT 2

**Detail Fee Transaction File List**

Ryan Whaley Coldiron Jantzen Peters & Webber, PLLC

| Client | Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 127.0073 CSAA Insurance Exchange** | | | | | | |
| 127.0073 | 08/01/2019 | JM | 85.00 | 0.10 | 8.50 | DISCUSSION WITH MATT KANE RE ███████ |
| 127.0073 | 08/02/2019 | MCK | 185.00 | 1.20 | 222.00 | REVIEW PETITION AND FILINGS IN RELATED CASES RE REMOVAL/ANSWER ISSUES |
| 127.0073 | 08/02/2019 | JM | 85.00 | 0.10 | 8.50 | REVIEW PETITION, SERVICE OF SUMMONS AND COMMUNICATION WITH ATTORNEYS |
| 127.0073 | 08/03/2019 | MCK | 185.00 | 2.40 | 444.00 | DRAFT/REVISE REMOVAL, NOTICE, ANSWER, AFFIRMATIVE DEFENSES |
| 127.0073 | 08/05/2019 | MCK | 185.00 | 0.20 | 37.00 | EMAILS WITH CLIENT RE ███████ |
| 127.0073 | 08/05/2019 | JM | 85.00 | 2.50 | 212.50 | WORK ON NOTICE OF REMOVAL, NOTICE OF FILING NOTICE OF REMOVAL, APPEARANCES FOR PIGNATO AND KANE, CIVIL COVER SHEET, AND CERTIFICATE REGARDING REMOVAL |
| 127.0073 | 08/05/2019 | MCK | 185.00 | 0.40 | 74.00 | REVISIONS/ADDITIONS TO NOTICE OF REMOVAL, ANSWER AND RELATED DOCUMENTS |
| 127.0073 | 08/06/2019 | MCK | 185.00 | 0.80 | 148.00 | FINAL REVIEW/REVISION TO VARIOUS REMOVAL DOCUMENTS AND ANSWER AND REVIEW OF FILED DOCUMENTATION |
| 127.0073 | 08/06/2019 | JM | 85.00 | 0.30 | 25.50 | WORK ON AND FINALIZE NOTICE OF FILING NOTICE OF REMOVAL FOR FILING IN STATE COURT |
| 127.0073 | 08/06/2019 | JM | 85.00 | 0.80 | 68.00 | WORK ON AND FINALIZE DOCUMENTS TO FILE NEW REMOVAL ACTION |
| 127.0073 | 08/08/2019 | MCK | 185.00 | 0.20 | 37.00 | EMAILS WITH CLIENT COUNSEL RE ███████ |
| 127.0073 | 08/08/2019 | JM | 85.00 | 0.50 | 42.50 | WORK ON AND FINALIZE ANSWER FOR FILING AND EMAIL TO MATT KANE RE SAME |
| 127.0073 | 08/08/2019 | MCK | 185.00 | 0.20 | 37.00 | FINAL REVIEW/REVISIONS TO ANSWER |
| 127.0073 | 08/12/2019 | MCK | 185.00 | 0.20 | 37.00 | REVIEW FILINGS BY PLAINTIFF'S COUNSEL INDICATING ███████ |
| 127.0073 | 08/13/2019 | GJP | 85.00 | 1.60 | 136.00 | FINISH REVIEW OF VOLUMINOUS CLAIM FILE IN PREPARATION TO SUMMARIZE SAME |
| 127.0073 | 08/13/2019 | GJP | 85.00 | 2.50 | 212.50 | DRAFT SUMMARY OF 800 PAGE CLAIM FILE |
| 127.0073 | 08/26/2019 | JM | 85.00 | 0.20 | 17.00 | REVIEW COURT'S NOTICE OF STATUS/SCHEDULING CONFERENCE AND COMMUNICATIONS WITH ATTORNEYS RE UPCOMING HEARING AND DEADLINES |
| 127.0073 | 09/10/2019 | MCK | 185.00 | 0.50 | 92.50 | REVISIONS/ADDITIONS TO INITIAL DISCLOSURES |
| 127.0073 | 09/10/2019 | GJP | 85.00 | 1.00 | 85.00 | DRAFT INITIAL DISCLOSURES |
| 127.0073 | 09/19/2019 | MCK | 185.00 | 0.80 | 148.00 | REVIEW CLAIM FILE RE ███████ |
| 127.0073 | 09/20/2019 | MCK | 185.00 | 0.40 | 74.00 | REVIEW PLAINTIFF'S INITIAL DISCLOSURES AND ADDITIONS TO JOINT STATUS REPORT |
| 127.0073 | 10/01/2019 | MCK | 185.00 | 0.80 | 148.00 | REVIEW JOINT STATUS REPORT AND OTHER PLEADINGS FOR STATUS CONFERENCE |
| 127.0073 | 10/01/2019 | MCK | 185.00 | 0.80 | 148.00 | ATTEND STATUS CONFERENCE (INCLUDING WAIT FOR OPPOSING COUNSEL AND JUDGE) |
| 127.0073 | 10/01/2019 | MCK | 185.00 | 0.30 | 55.50 | ; DISCUSSION WITH PLAINTIFF'S COUNSEL RE POTENTIAL ISSUES IN CASE AND POTENTIAL FOR RESOLUTION |
| 127.0073 | 10/02/2019 | MCK | 185.00 | 0.10 | 18.50 | REVIEW SCHEDULING ORDER FROM COURT |
| 127.0073 | 10/02/2019 | JM | 85.00 | 0.30 | 25.50 | REVIEW COURT'S SCHEDULING ORDER AND COMMUNICATIONS WITH ATTORNEYS RE SAME |
| 127.0073 | 10/29/2019 | MCK | 185.00 | 1.60 | 296.00 | DRAFT RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS |
| 127.0073 | 10/29/2019 | MCK | 185.00 | 0.80 | 148.00 | REVIEW VARIOUS RESPONSES TO DISCOVERY REQUESTS ███████ |
| 127.0073 | 11/16/2019 | MCK | 185.00 | 0.40 | 74.00 | REVIEW/ANALYSIS OF PLAINTIFF'S DISCOVERY REQUESTS |
| 127.0073 | 11/16/2019 | MCK | 185.00 | 1.30 | 240.50 | DRAFT RESPONSES TO INTERROGATORIES, INCLUDING ███████ |
| 127.0073 | 11/16/2019 | MCK | 185.00 | 1.00 | 185.00 | REVIEW CLAIM FILE AND OTHER CLIENT INFORMATION ███████ |
| 127.0073 | 11/16/2019 | MCK | 185.00 | 1.30 | 240.50 | DRAFT RESPONSES TO  REQUESTS FOR PRODUCTION, INCLUDING ███████ |
| 127.0073 | 11/18/2019 | MCK | 185.00 | 0.70 | 129.50 | REVISIONS/ADDITIONS TO DISCOVERY RESPONSES |
| 127.0073 | 11/19/2019 | MCK | 185.00 | 0.80 | 148.00 | REVISIONS/ADDITIONS TO DISCOVERY RESPONSES |
| 127.0073 | 11/27/2019 | MCK | 185.00 | 0.70 | 129.50 | DRAFT/REVISE INTERROGATORIES |
| 127.0073 | 11/27/2019 | MCK | 185.00 | 0.10 | 18.50 | EMAIL TO PLAINTIFF'S COUNSEL RE DISCOVERY REQUESTS |
| 127.0073 | 11/27/2019 | MCK | 185.00 | 0.70 | 129.50 | DRAFT/REVISE REQUESTS FOR PRODUCTION |
| 127.0073 | 11/27/2019 | MCK | 185.00 | 0.50 | 92.50 | DRAFT/REVISE REQUESTS FOR ADMISSION |
| 127.0073 | 11/27/2019 | MCK | 185.00 | 0.90 | 166.50 | REVIEW PETITION AND VARIOUS CASE DOCUMENTATION RE ███████ |
| 127.0073 | 01/03/2020 | MCK | 185.00 | 0.20 | 37.00 | REVIEW POTENTIAL ISSUES WITH PLAINTIFF'S REQUESTS RE DISCOVERY |
| 127.0073 | 01/03/2020 | MCK | 185.00 | 0.10 | 18.50 | EMAIL FROM PLAINTIFF'S COUNSEL RE DISCOVERY ISSUES |

**Detail Fee Transaction File List**

Ryan Whaley Coldiron Jantzen Peters & Webber, PLLC

| Client | Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 127.0073 CSAA Insurance Exchange** | | | | | | |
| 127.0073 | 01/04/2020 | MCK | 185.00 | 0.10 | 18.50 | EMAIL TO PLAINTIFF'S COUNSEL RE DISCOVERY ISSUES |
| 127.0073 | 01/05/2020 | MCK | 185.00 | 0.10 | 18.50 | EMAIL FROM PLAINTIFF'S COUNSEL RE DISCOVERY ISSUES |
| 127.0073 | 01/17/2020 | GJP | 85.00 | 2.10 | 178.50 | REVIEW PLAINTIFF'S VOLUMINOUS, 600+ PAGE (PLUS NUMEROUS AUDIO FILES) IN PREPARATION TO SUMMARIZE SAME |
| 127.0073 | 01/17/2020 | GJP | 85.00 | 0.50 | 42.50 | DRAFT SUMMARY OF PLAINTIFF'S WRITTEN DISCOVERY RESPONSES |
| 127.0073 | 01/17/2020 | MCK | 185.00 | 2.00 | 370.00 | REVIEW DISCOVERY RESPONSES AND DOCUMENT PRODUCTION |
| 127.0073 | 01/19/2020 | MCK | 185.00 | 1.30 | 240.50 | DRAFT LETTER RE DISCOVERY DEFICIENCIES |
| 127.0073 | 01/19/2020 | MCK | 185.00 | 0.80 | 148.00 | ANALYSIS OF SPECIFIC DISCOVERY REQUESTS AND DOCUMENTATION RE ███████ |
| 127.0073 | 01/20/2020 | MCK | 185.00 | 0.20 | 37.00 | REVISIONS TO LETTER RE DISCOVERY ISSUES |
| 127.0073 | 02/03/2020 | MCK | 185.00 | 0.10 | 18.50 | EMAIL TO PLAINTIFF'S COUNSEL RE DEPOS OF PLAINTIFFS |
| 127.0073 | 02/07/2020 | GJP | 85.00 | 0.30 | 25.50 | REVIEW FILE TO IDENTIFY POTENTIAL EXHIBITS FOR DEFENDANT tAMMY COVINGTON'S DEPOSITION |
| 127.0073 | 02/07/2020 | GJP | 85.00 | 1.10 | 93.50 | REVIEW FILE TO IDENTIFY POTENTIAL EXHIBITS FOR DEFENDANT JEFFREY COVINGTON'S DEPOSITION |
| 127.0073 | 02/17/2020 | JKH | 165.00 | 2.40 | 396.00 | PREPARE FOR FRIDAY'S DEPOSITION OF THE PLAINTIFFS ███████ |
| 127.0073 | 02/17/2020 | GJP | 85.00 | 1.40 | 119.00 | DRAFT COMPREHENSIVE TIMELINE ███████ |
| 127.0073 | 02/17/2020 | JKH | 165.00 | 1.80 | 297.00 | PREPARE FOR FRIDAY'S DEPOSITION OF THE PLAINTIFFS BY ███████ |
| 127.0073 | 02/20/2020 | JKH | 165.00 | 1.80 | 297.00 | PREPARE FOR TOMORROW'S DEPOSITION OF THE PLAINTIFFS ███ |
| 127.0073 | 02/20/2020 | JKH | 165.00 | 0.60 | 99.00 | PREPARE FOR TOMORROW'S DEPOSITION OF THE PLAINTIFFS ███████ |
| 127.0073 | 02/20/2020 | MCK | 185.00 | 0.80 | 148.00 | ANALYSIS OF CLAIM FILE ISSUES ███████ |
| 127.0073 | 02/20/2020 | JKH | 165.00 | 0.40 | 66.00 | PREPARE FOR TOMORROW'S DEPOSITION OF THE PLAINTIFFS ███████ |
| 127.0073 | 02/20/2020 | JKH | 165.00 | 0.20 | 33.00 | TELECONFERENCE WITH PLAINTIFFS' COUNSEL RE: ISSUES WITH TOMORROW'S DEPOSITION AND CONFIRMING BOTH PLAINTIFFS WILL APPEAR AT THE SAME |
| 127.0073 | 02/20/2020 | JKH | 165.00 | 4.30 | 709.50 | PREPARE FOR TOMORROW'S DEPOSITION OF THE PLAINTIFFS ███████ |
| 127.0073 | 02/20/2020 | JKH | 165.00 | 0.20 | 33.00 | PREPARE FOR TOMORROW'S DEPOSITION OF THE PLAINTIFFS ███████ z |
| 127.0073 | 02/20/2020 | JKH | 165.00 | 0.30 | 49.50 | PREPARE FOR TOMORROW'S DEPOSITION OF THE PLAINTIFFS ███████ |
| 127.0073 | 02/21/2020 | MCK | 185.00 | 0.80 | 148.00 | ANALYSIS OF POTENTIAL ARGUMENTS FOR MOTION FOR SUMMARY JUDGMENT |
| 127.0073 | 02/21/2020 | JKH | 165.00 | 5.10 | 841.50 | APPEAR FOR AND TAKE THE DEPOSITION OF JEFF COVINGTON (NO TRAVEL TIME BILLED) |
| 127.0073 | 02/21/2020 | JKH | 165.00 | 2.30 | 379.50 | APPEAR FOR AND TAKE THE DEPOSITION OF TAMMY COVINGTON (NO TRAVEL TIME BILLED) |
| 127.0073 | 02/23/2020 | MCK | 185.00 | 2.00 | 370.00 | DRAFT UNDISPUTED MATERIAL FACTS WITH CITATIONS |
| 127.0073 | 02/23/2020 | MCK | 185.00 | 1.80 | 333.00 | DRAFT ARGUMENT FOR SUMMARY JUDGMENT RE ███████ |
| 127.0073 | 02/23/2020 | MCK | 185.00 | 1.80 | 333.00 | ANALYSIS OF CLAIM FILE RE MOTION FOR SUMMARY JUDGMENT ARGUMENTS (700+ PAGES) |
| 127.0073 | 02/24/2020 | MCK | 185.00 | 0.80 | 148.00 | ANALYSIS OF BAD FAITH CLAIMS URGED BY PLAINTIFFS ███████ |
| 127.0073 | 02/24/2020 | MCK | 185.00 | 2.30 | 425.50 | DRAFT SUMMARY JUDGMENT ARGUMENT RE BAD FAITH ALLEGATIONS MADE BY PLAINTIFF |
| 127.0073 | 02/24/2020 | MCK | 185.00 | 0.80 | 148.00 | DRAFT SUMMARY JUDGMENT RE PUNITIVE DAMAGES |
| 127.0073 | 02/26/2020 | JKH | 165.00 | 0.80 | 132.00 | PREPARE FOR DRAFTING/REVISING MOTION FOR SUMMARY JUDGMENT ███████ |
| 127.0073 | 02/26/2020 | JKH | 165.00 | 1.50 | 247.50 | PREPARE FOR DRAFTING/REVISING MOTION FOR SUMMARY JUDGMENT ███████ |

**Detail Fee Transaction File List**

Ryan Whaley Coldiron Jantzen Peters & Webber, PLLC

| Client | Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 127.0073 CSAA Insurance Exchange** | | | | | | |
| 127.0073 | 02/29/2020 | JKH | 165.00 | 2.30 | 379.50 | BEGIN REVISIONS AND ADDITIONS TO CSAA'S STATEMENT OF UNDISPUTED MATERIAL FACTS FOR CSAA'S MOTION FOR SUMMARY JUDGMENT |
| 127.0073 | 02/29/2020 | JKH | 165.00 | 0.60 | 99.00 | PREPARE FOR EDITING AND REVISING MOTION FOR SUMMARY JUDGMENT |
| 127.0073 | 02/29/2020 | JKH | 165.00 | 1.40 | 231.00 | PREPARE FOR EDITING AND REVISING MOTION FOR SUMMARY JUDGMENT |
| 127.0073 | 03/01/2020 | JKH | 165.00 | 2.50 | 412.50 | CONTINUE DRAFT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - UPDATE DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS |
| 127.0073 | 03/01/2020 | JKH | 165.00 | 0.80 | 132.00 | CONTINUE DRAFT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - REVISE SECTION 2 RE: PLAINTIFF'S CLAIM FOR BAD FAITH |
| 127.0073 | 03/01/2020 | JKH | 165.00 | 1.10 | 181.50 | CONTINUE DRAFT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - REVISE SECTION 1 RE: PLAINTIFF'S CLAIM FOR BREACH OF CONTRACT |
| 127.0073 | 03/02/2020 | JKH | 165.00 | 2.20 | 363.00 | REVISE AND FINALIZE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOR FILING TODAY |
| 127.0073 | 03/02/2020 | JKH | 165.00 | 2.30 | 379.50 | CONTINUE DRAFT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - FINALIZE DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS |
| 127.0073 | 03/04/2020 | MCK | 185.00 | 0.30 | 55.50 | ANALYSIS OF POTENTIAL NECESSARY DEPOSITIONS |
| 127.0073 | 03/09/2020 | MCK | 185.00 | 0.80 | 148.00 | REVIEW CLAIM FILE RE: |
| 127.0073 | 03/09/2020 | JKH | 165.00 | 0.20 | 33.00 | TELECONFERENCE WITH FIELD ADJUSTER ALAN HEISE RE: |
| 127.0073 | 03/09/2020 | JKH | 165.00 | 0.20 | 33.00 | EMAIL TO PLAINTIFF'S COUNSEL RE: CONFIRMATION ALAN HEISE CAN BE DEPOSED BY PLAINTIFFS AND DEFENDANT'S DESIRE TO DEPOSE PLAINTIFF'S ADJUSTER, IAN RUPERT |
| 127.0073 | 03/11/2020 | FRM | 85.00 | 0.60 | 51.00 | MLM - DRAFT SUBPOENA DEPOSITION FOR IAN RUPERT |
| 127.0073 | 03/11/2020 | MCK | 185.00 | 0.60 | 111.00 | DRAFT/REVISE FINAL WITNESS LIST |
| 127.0073 | 03/11/2020 | MCK | 185.00 | 2.50 | 462.50 | REVIEW/ANALYSIS OF BOTH PARTIES PRODUCTION, INITIAL DISCLOSURES, PLEADINGS AND DISCOVERY |
| 127.0073 | 03/11/2020 | MCK | 185.00 | 0.60 | 111.00 | DRAFT/REVISE FINAL EXHIBIT LIST |
| 127.0073 | 03/11/2020 | MCK | 185.00 | 0.20 | 37.00 | CALL/EMAIL WITH A HARE RE |
| 127.0073 | 03/11/2020 | JKH | 165.00 | 0.40 | 66.00 | RESEARCH INFORMATION ON PUBLIC ADJUSTER IAN RUPERT |
| 127.0073 | 03/11/2020 | JKH | 165.00 | 0.20 | 33.00 | EMAIL TO FIELD ADJUSTER ALAN HEISE RE: |
| 127.0073 | 03/12/2020 | FRM | 85.00 | 0.40 | 34.00 | MLM - PREPARE NOTICE TO TAKE DEPOSITION OF IAN RUPERT |
| 127.0073 | 03/12/2020 | JKH | 165.00 | 0.20 | 33.00 | EMAIL TO PLAINTIFF'S COUNSEL RE: OBJECTION TO PROPOSED LOCATION OF DEPOSITION OF INDEPENDENT ADJUSTER IAN RUPERT AND FIELD ADJUSTER ALAN HEISE |
| 127.0073 | 03/12/2020 | MCK | 185.00 | 0.20 | 37.00 | REVIEW PLAINTIFF'S BELATED WITNESS AND EXHIBIT LISTS |
| 127.0073 | 03/12/2020 | MCK | 185.00 | 0.20 | 37.00 | VARIOUS EMAILS WITH OPPOSING COUNSEL RE DEPOSITION ISSUES |
| 127.0073 | 03/19/2020 | FRM | 85.00 | 0.30 | 25.50 | MLM - PREPARE NOTICE OF SERVICE FOR IAN RUPERT SUBPOENA |
| 127.0073 | 03/20/2020 | MCK | 185.00 | 0.20 | 37.00 | CONFERENCE CALL WITH PLAINTIFF'S COUNSEL RE UPCOMING DEPOSITIONS AND CONCERNS |
| 127.0073 | 03/20/2020 | JKH | 165.00 | 0.20 | 33.00 | EMAIL  TO FIELD ADJUSTER ALAN HEISE |
| 127.0073 | 03/23/2020 | JKH | 165.00 | 1.30 | 214.50 | PREPARE FOR DRAFTING REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| 127.0073 | 03/25/2020 | MCK | 185.00 | 0.90 | 166.50 | DRAFT/REVISE OBJECTIONS TO PLAINTIFF'S EXHIBITS AND WITNESSES |
| 127.0073 | 03/25/2020 | MCK | 185.00 | 1.20 | 222.00 | REVIEW EXHIBITS ON PLAINTIFF'S EXHIBIT LIST AND RELEVANT ORDERS |
| 127.0073 | 03/25/2020 | JKH | 165.00 | 0.20 | 33.00 | REVISE AND FINALIZE DEFENDANT'S OBJECTION TO PLAINTIFF'S FINAL WITNESS LIST |
| 127.0073 | 03/25/2020 | JKH | 165.00 | 0.20 | 33.00 | REVISE AND FINALILZE DEFENDANT'S OBJECTION TO PLAINTIFF'S FINAL EXHIBIT LIST |

**Detail Fee Transaction File List**

Ryan Whaley Coldiron Jantzen Peters & Webber, PLLC

| Client | Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|--------|-----------|------|------|--------------|--------|---|
| **Client ID 127.0073 CSAA Insurance Exchange** | | | | | | |
| 127.0073 | 03/25/2020 | JKH | 165.00 | 0.20 | 33.00 | EMAIL  SUMMARY TO PLAINTIFF'S COUNSEL RE: TODAY'S AGREEMENT TO POSTPONE THE DEPOSITIONS OF IAN RUPERT AND ALAN HEISE AND EXTEND ALL DEADLINES BY 120, AND PLAINTIFF'S AGREEMENT TO PRESENT IAN RUPERT AGAIN IN THE FUTURE FOR DEPOSITION |
| 127.0073 | 03/25/2020 | JKH | 165.00 | 0.30 | 49.50 | TELECONFERENCE WITH PLAINTIFF'S COUNSEL RE: ISSUES WITH SCHEDULED DEPOSITIONS OF IAN RUPERT AND ALAN HEISE IN LIGHT OF CORONAVIRUS LIMITATIONS |
| 127.0073 | 03/26/2020 | JM | 85.00 | 0.20 | 17.00 | REVIEW COURT'S ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE PRETRIAL DEADLINES |
| 127.0073 | 03/27/2020 | JKH | 165.00 | 1.40 | 231.00 | REVIEW AND ANNOTATE CASE LAW CITED BY PLAINTIFFS IN THEIR RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ███ |
| 127.0073 | 03/28/2020 | JKH | 165.00 | 1.40 | 231.00 | BEGIN DRAFT OF REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| 127.0073 | 03/28/2020 | JKH | 165.00 | 0.80 | 132.00 | REVISE AND EDIT SECTION ONE RE: LACK OF EVIDENCE OF BAD FAITH IN RESPONSE FOR DRAFT OF REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| 127.0073 | 03/30/2020 | JKH | 165.00 | 1.60 | 264.00 | DRAFT SECTION TWO OF REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE: CSAA'S GOOD FAITH, REASONABLE BASIS TO DENY COVERAGE |
| 127.0073 | 03/30/2020 | JKH | 165.00 | 0.70 | 115.50 | DRAFT SECTION THREE OF REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE: PUNITIVE DAMAGES ISSUE AND LACK OF ANY RESPONSE FROM PLAINTIFF ON THE SAME |
| 127.0073 | 03/30/2020 | JKH | 165.00 | 0.80 | 132.00 | REVISE AND EDIT SECTION TWO OF REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE: CSAA'S GOOD FAITH, REASONABLE BASIS TO DENY COVERAGE |
| 127.0073 | 03/30/2020 | JKH | 165.00 | 0.60 | 99.00 | REVISE AND EDIT SECTION THREE OF REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE: PUNITIVE DAMAGES ISSUE AND LACK OF ANY RESPONSE FROM PLAINTIFF ON THE SAME |
| 127.0073 | 03/30/2020 | JKH | 165.00 | 0.50 | 82.50 | PREPARE TO REVISE AND FINALIZE DRAFT OF REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BY REVIEWING INSURANCE POLICY AND INTERLAY OF "2.D" UNDER COVERED PERILS AND EXCEPTION FOR "UNKNOWN TO INSURED" |
| 127.0073 | 03/30/2020 | JKH | 165.00 | 1.20 | 198.00 | REVISE AND FINALIZE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| 127.0073 | 03/30/2020 | MCK | 185.00 | 0.50 | 92.50 | REVISIONS TO REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| 127.0073 | 03/31/2020 | JKH | 165.00 | 0.40 | 66.00 | REVIEW AND ANALYZE PLAINTIFF'S MOTION FOR ORDER ACCEPTING PLAINTIFF'S FINAL WITNESS AND EXHIBIT LISTS OUT OF TIME |
| 127.0073 | 04/02/2020 | JKH | 165.00 | 0.50 | 82.50 | RESEARCH CASE LAW ██████████ |
| 127.0073 | 04/02/2020 | JKH | 165.00 | 0.80 | 132.00 | REVIEW AND ANALYZE CASE LAW  RE: ████████ |
| 127.0073 | 04/02/2020 | JKH | 165.00 | 1.50 | 247.50 | DRAFT RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| 127.0073 | 04/03/2020 | MCK | 185.00 | 0.30 | 55.50 | REVIEW/REVISE OBJECTION TO SUPPLEMENT TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT |
| 127.0073 | 04/03/2020 | JKH | 165.00 | 0.40 | 66.00 | REVISE AND FINALIZE DEFENDANT'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL TO PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| 127.0073 | 04/08/2020 | GJP | 85.00 | 2.40 | 204.00 | REVIEW EXTENSIVE BACKGROUND INFORMATION ███████ ███████████████ ████████████ |
| 127.0073 | 05/28/2020 | JKH | 165.00 | 0.30 | 49.50 | DRAFT LETTER TO PLAINTIFF'S COUNSEL RE: SCHEDULING ORDER DEADLINES; CONFIRMATION PA IAN RUPERT WILL BE PRESENTED AGAIN BY AGREEMENT; AND REQUEST TO SCHEDULE HIS DEPOSITION IN NEAR FUTURE |
| 127.0073 | 06/30/2020 | JKH | 165.00 | 0.30 | 49.50 | INTIAL REVIEW AND ANALYSIS OF PLAINTIFF'S SECOND SET OF WRITTEN DISCOVERY TO CSAA |
| 127.0073 | 06/30/2020 | JKH | 165.00 | 0.40 | 66.00 | REVIEW AND ANALYZE OKLAHOMA SUPREME COURT CASE ████ |

**Detail Fee Transaction File List**

Ryan Whaley Coldiron Jantzen Peters & Webber, PLLC

| Client | Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|--------|-----------|------|------|--------------|--------|---|
| **Client ID 127.0073 CSAA Insurance Exchange** | | | | | | |
| 127.0073 | 06/30/2020 | JKH | 165.00 | 1.70 | 280.50 | PREPARE FOR TOMORROW'S DEPOSITION OF PA IAN RUPERT ▇ |
| 127.0073 | 06/30/2020 | GJP | 85.00 | 0.50 | 42.50 | PREPARE POTENTIAL EXHIBITS FOR IAN RUPERT'S 7/1/20 DEPOSITION |
| 127.0073 | 06/30/2020 | JKH | 165.00 | 0.20 | 33.00 | EMAIL TO PLAINTIFF'S COUNSEL RE: REQUEST FOR COPY OF CONTRACT BETWEEN PA IAN RUPERT AND THE PLAINTIFFS |
| 127.0073 | 06/30/2020 | JKH | 165.00 | 1.20 | 198.00 | DRAFT DEPOSITION OUTLINE FOR TOMORROW'S DEPOSITION OF PA IAN RUPERT |
| 127.0073 | 06/30/2020 | JKH | 165.00 | 1.90 | 313.50 | PREPARE FOR TOMORROW'S DEPOSITION OF PA IAN RUPERT BY ▇ |
| 127.0073 | 06/30/2020 | JKH | 165.00 | 1.80 | 297.00 | PREPARE FOR TOMORROW'S DEPOSITION OF PA IAN RUPERT BY ▇ |
| 127.0073 | 06/30/2020 | JKH | 165.00 | 0.20 | 33.00 | EMAIL TO PLAINTIFF'S COUNSEL RE: REQUEST FOR COPY OF CONTRACT BETWEEN PA IAN RUPERT AND THE PLAINTIFFS |
| 127.0073 | 06/30/2020 | GJP | 85.00 | 1.10 | 93.50 | REVIEW EXTENSIVE ONLINE FOOTPRINT OF DON RAY SHARP (ROOFER; PLAINTIFF'S WITNESS) ▇ |
| 127.0073 | 06/30/2020 | GJP | 85.00 | 0.80 | 68.00 | DRAFT LENGTHY SUBPOENA INSTRUCTIONS/DETAILS FOR SDT TO BE ISSUED TO DON RAY SHARP |
| 127.0073 | 06/30/2020 | GJP | 85.00 | 0.80 | 68.00 | DRAFT LENGTHY SUBPOENA INSTRUCTIONS/DETAILS FOR SDT TO BE ISSUED TO THE OKLAHOMA STATE BOARD OF LICENSURE FOR PROFESSIONAL ENGINEERS AND LAND SURVEYORS |
| 127.0073 | 06/30/2020 | GJP | 85.00 | 1.20 | 102.00 | REVIEW EXTENSIVE ONLINE FOOTPRINT OF IAN RUPERT (CONTRACTOR; PLAINTIFF'S WITNESS) |
| 127.0073 | 07/01/2020 | JKH | 165.00 | 3.80 | 627.00 | APPEAR FOR AND TAKE THE DEPOSITION OF PA IAN RUPERT (NO TRAVEL TIME BILLED) |
| 127.0073 | 07/01/2020 | JKH | 165.00 | 0.30 | 49.50 | REVIEW AND ANNOTATE RECORDING OF CALL BETWEEN PA IAN RUPERT AND ADJUSTER HEATHER DAVIS ▇ |
| 127.0073 | 07/01/2020 | JKH | 165.00 | 0.30 | 49.50 | REVIEW AND ANNOTATE RECORDING OF CALL BETWEEN PA IAN RUPERT AND IA ALAN HEISE ▇ |
| 127.0073 | 07/01/2020 | JKH | 165.00 | 0.40 | 66.00 | REVISE AND FINALIZE OUTLINE FOR TODAY'S DEPOSITION OF PA IAN RUPERT |
| 127.0073 | 07/08/2020 | JKH | 165.00 | 0.40 | 66.00 | EMAIL TO PLAINTIFFS' COUNSEL RE: REQUEST FOR SPECIFIC AND DETAILED COMPUTATION OF DAMAGES FOR EACH CATEGORY OF DAMAGES SOUGHT FOR PURPOSES OF TRIAL PREPARATION AND/OR MEDIATION DISCUSSIONS |
| 127.0073 | 07/08/2020 | JKH | 165.00 | 0.20 | 33.00 | EMAIL TO FIELD ADJUSTER ALAN HEISE RE: ▇ |
| 127.0073 | 07/08/2020 | GJP | 85.00 | 1.00 | 85.00 | REVIEW ONLINE FOOTPRINT OF PLAINTIFF WITNESSES DON RAY SHARP AND IAN RUPERT ▇ |
| 127.0073 | 07/10/2020 | JKH | 165.00 | 0.20 | 33.00 | EMAIL TO PLAINTIFFS' COUNSEL RE: ONGOING EFFORTS TO SECURE MR. HEISE FOR HIS DEPOSITION THIS AFTERNOON AND POSSIBILITY MR. HEISE WILL NOT SHOW FOR THE SAME |
| 127.0073 | 07/10/2020 | JKH | 165.00 | 1.40 | 231.00 | CONTINUE DRAFT OF CASE STATUS SUMMARY LETTER ▇ |
| 127.0073 | 07/10/2020 | JKH | 165.00 | 0.20 | 33.00 | TELECONFERENCE WITH PLAINTIFFS' COUNSEL TO DISCUSS ISSUES WITH MR. HEISE' DEPOSITION SCHEDULED FOR THIS AFTERNOON AND OTHER POTENTIAL DEPONENTS |
| 127.0073 | 07/10/2020 | JKH | 165.00 | 1.80 | 297.00 | BEGIN DRAFT OF CASE STATUS SUMMARY LETTER ▇ |
| 127.0073 | 07/10/2020 | JKH | 165.00 | 0.60 | 99.00 | PREPARE TO DRAFT CASE STATUS SUMMARY LETTER ▇ |
| 127.0073 | 07/10/2020 | JM | 85.00 | 0.20 | 17.00 | REVIEW COURT'S TRIAL DOCKET CALL AND TRIAL PROCEEDING |
| 127.0073 | 07/13/2020 | GFP | 185.00 | 1.20 | 222.00 | DRAFT CSAA'S PROPOSED VOIR DIRE |
| 127.0073 | 07/13/2020 | JKH | 165.00 | 0.20 | 33.00 | EMAIL TO PLAINTIFFS' COUNSEL RE: DEPOSITION OF ALANA HARE DUE TO FAILURE OF ALAN HEISE TO APPEAR FOR HIS DEPOSITION |

**Detail Fee Transaction File List**

Ryan Whaley Coldiron Jantzen Peters & Webber, PLLC

| Client | Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 127.0073 CSAA Insurance Exchange** | | | | | | |
| 127.0073 | 07/13/2020 | GFP | 185.00 | 2.40 | 444.00 | DRAFT CSAA'S REQUESTED JURY INSTRUCTIONS IN CONNECTION WITH PLAINTIFFS' BREACH OF CONTRACT AND BAD FAITH CLAIMS |
| 127.0073 | 07/14/2020 | JKH | 165.00 | 0.40 | 66.00 | TELECONFERENCE WITH ADJUSTER ALANA HARE ███████████████ |
| 127.0073 | 07/14/2020 | JKH | 165.00 | 0.20 | 33.00 | EMAIL TO PLAINTIFFS' COUNSEL RE: CONFIRMATION THAT ALANA HARE CAN BE PRODUCED IN LIEU OF FIELD ADJUSTER ALAN HEISE AFTER HIS FAILURE TO APPEAR LAST WEEK FOR HIS SCHEDULED DEPOSITION |
| 127.0073 | 07/14/2020 | JKH | 165.00 | 0.20 | 33.00 | EMAIL TO PLAINTIFF'S COUNSEL REJECTING HIS PROPOSAL TO ATTEND MEDIATION BECAUSE THE PLAINTIFFS' DAMAGES CALCULATIONS ARE TOO HIGH AT THIS TIME |
| 127.0073 | 07/15/2020 | GJP | 85.00 | 0.40 | 34.00 | REVIEW FILE TO FINALIZE LIST OF DOCUMENTS NEEDED TO SUBPOENA |
| 127.0073 | 07/16/2020 | JKH | 165.00 | 0.20 | 33.00 | EMAIL TO PLAINTIFF'S COUNSEL RE: ONGOING INTEREST OF PLAINTIFF TO GO TO MEDIATION BEFORE TRIAL |
| 127.0073 | 07/16/2020 | MCK | 185.00 | 0.20 | 37.00 | EMAILS WITH A HARE RE ███████████████████ |
| 127.0073 | 07/16/2020 | GJP | 85.00 | 0.20 | 17.00 | TELECON WITH COUNSEL FOR OKLAHOMA BOARD OF ENGINEERS RE: OUTSTANDING SDT AND RESPONSIVE DOCUMENTS |
| 127.0073 | 07/20/2020 | GJP | 85.00 | 0.40 | 34.00 | REVIEW RESPONSE TO SDT FROM OKLAHOMA BOARD OF ENGINEERS RE: PLAINTIFF WITNESS DON RAY SHARP |
| 127.0073 | 07/21/2020 | GJP | 85.00 | 0.40 | 34.00 | DRAFT SDT INSTRUCTIONS FOR SDT TO KENDALL PARRISH AT UCO FOR PLAINTIFF EXPERT'S ACADEMIC RECORDS |
| 127.0073 | 07/21/2020 | GJP | 85.00 | 1.10 | 93.50 | REVIEW ONLINE HISTORY OF PLAINTIFF WITNESS DON RAY SHARP █ ███████████████████████████████ |
| 127.0073 | 07/21/2020 | JM | 85.00 | 0.20 | 17.00 | REVIEW NOTICE OF DEPOSITION OF ALANA HARE |
| 127.0073 | 07/23/2020 | JKH | 165.00 | 0.50 | 82.50 | DRAFT JOINT MOTION TO ENLARGE DISCOVERY DEADLINE TO AUGUST 14 2020 |
| 127.0073 | 07/23/2020 | JKH | 165.00 | 0.30 | 49.50 | DRAFT PROPOSED AGREED ORDER ON MOTION TO ENLARGE DISCOVERY DEADLINE TO AUGUST 14 2020 |
| 127.0073 | 07/23/2020 | JKH | 165.00 | 0.30 | 49.50 | EMAIL TO PLAINTIFF'S COUNSEL RE: JOINT MOTION  TO ENLARGE DISCOVERY, ONGOING ISSUES WITH ENGINEER DON SHARP'S RECORDS, AND NEED FOR COOPERATION RE: THE SAME |
| 127.0073 | 07/27/2020 | JM | 85.00 | 0.20 | 17.00 | REVIEW NOTICE OF SUBPOENA AND SUBPOENA TO CSAA FOR PERSONNEL FILE OF ALAN HEISE |
| 127.0073 | 07/27/2020 | JM | 85.00 | 0.20 | 17.00 | REVIEW JOINT MOTION TO ENLARGE DISCOVERY DEADLINE AND ORDER GRANTING SAME |
| 127.0073 | 07/27/2020 | JKH | 165.00 | 0.50 | 82.50 | REVIEW AND ANALYZE SUBPOENA SERVED TODAY BY PLAINTIFF ON CSAA FOR PERSONNEL FILE OF ALAN HEISE |
| 127.0073 | 07/27/2020 | JKH | 165.00 | 0.20 | 33.00 | EMAIL TO PLAINTIFF'S COUNSEL CONFIRMING REPRESENTATIVE OF CSAA WILL BE AVAILABLE AT MEDIATION VIA TELEPHONE AND/OR VIDEO CONFERENCE ONLY |
| 127.0073 | 07/27/2020 | JKH | 165.00 | 0.30 | 49.50 | TELECONFERENCE WITH PLAINTIFFS' COUNSEL RE: TODAY'S "SERVICE" OF SUBPOENA BY PLAINTIFFS' COUNSEL TO CSAA FOR THE ENTIRE PERSONNEL FILE OF ALAN HEISE AND REQUEST FOR WITHDRAWAL OF THE SAME |
| 127.0073 | 07/27/2020 | JKH | 165.00 | 1.60 | 264.00 | REVIEW RELEVANT STATUTES, REGULATIONS, AND CASE LAW RE: ██████████████████████████ |
| 127.0073 | 07/28/2020 | JKH | 165.00 | 0.40 | 66.00 | BEGIN DRAFT OF MEDIATION STATEMENT TO DELIVER TO MEDIATOR M. DUNCAN |
| 127.0073 | 07/30/2020 | JKH | 165.00 | 0.30 | 49.50 | EMAIL TO PLAINTIFFS' COUNSEL RE: CSAA'S RESPONSES TO PLAINTIFFS' SECOND SET OF WRITTEN DISCOVERY AND CONFIRMATION NO RECORDED STATEMENTS HAVE BEEN TAKEN |
| 127.0073 | 08/04/2020 | GFP | 185.00 | 1.70 | 314.50 | PLAN AND PREPARE FOR TRIAL ███████████████████ |
| 127.0073 | 08/06/2020 | JKH | 165.00 | 0.70 | 115.50 | IDENTIFY AND REVIEW DOCUMENTS AND INFORMATION TO SEND TO ADJUSTER A. HARE ████ |
| 127.0073 | 08/06/2020 | JKH | 165.00 | 0.30 | 49.50 | EMAIL TO ALANA HARE RE: ████████████ ██████████████████ |
| 127.0073 | 08/10/2020 | JKH | 165.00 | 0.30 | 49.50 | CORRESPONDENCE WITH PLAINTIFF'S COUNSEL RE: UPCOMING DEADLINES FOR VOIR DIRE, MOTIONS IN LIMINE, PRETRIAL REPORT, AND DESIRE TO EXTEND THE SAME UNTIL MEDIATION IS COMPLETE |
| 127.0073 | 08/10/2020 | JKH | 165.00 | 0.30 | 49.50 | REVIEW AND ANALYZE PLAINTIFF'S PROPOSED AGREED MOTION TO EXTEND DEADLINES UNTIL AFTER MEDIATION IS COMPLETED |

**Detail Fee Transaction File List**

Ryan Whaley Coldiron Jantzen Peters & Webber, PLLC

| Client | Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 127.0073 CSAA Insurance Exchange** | | | | | | |
| 127.0073 | 08/10/2020 | GJP | 85.00 | 0.20 | 17.00 | DRAFT EMAIL TO REGISTRAR OF UCO RE: DOCUMENTS OWED IN RESPONSE TO SDT FOR IAN RUPERT'S RECORDS |
| 127.0073 | 08/11/2020 | JKH | 165.00 | 0.40 | 66.00 | REVIEW AND ANALYZE UNIV. OF CENTRAL OKLAHOMA'S RESPONSE TO DEFENDANT'S SUBPOENA DUCES TECUM RE: RECORDS OF PUBLIC ADJUSTER IAN RUPERT |
| 127.0073 | 08/11/2020 | GJP | 85.00 | 0.20 | 17.00 | TELECON WITH UCO GENERAL COUNSEL RE: UCO'S SUBPOENA RESPONSE |
| 127.0073 | 08/11/2020 | GJP | 85.00 | 0.20 | 17.00 | REVIEW DOCUMENTS PROVIDED BY UCO TODAY IN RESPONSE TO SUBPOENA IN ORDER TO DETERMINE SUFFICIENCY |
| 127.0073 | 08/11/2020 | GJP | 85.00 | 0.20 | 17.00 | PREPARE CSAA'S SUPPLEMENTAL DOCUMENT PRODUCTION (DOCUMENTS RECEIVED IN RESPONSE TO SUBPOENAS) |
| 127.0073 | 08/14/2020 | JKH | 165.00 | 1.50 | 247.50 | PREPARE TO DRAFT CONFIDENTIAL MEDIATION STATEMENT █████████████████████████████████████ |
| 127.0073 | 08/14/2020 | JKH | 165.00 | 1.20 | 198.00 | BEGIN DRAFT OF CONFIDENTIAL MEDIATION STATEMENT TO MEDIATION M. DUNCAN |
| 127.0073 | 08/14/2020 | JKH | 165.00 | 0.80 | 132.00 | REVISE AND FINALIZE CONFIDENTIAL MEDIATION STATEMENT TO MEDIATION M. DUNCAN |
| 127.0073 | 08/17/2020 | JM | 85.00 | 0.20 | 17.00 | REVIEW COURT'S ORDER MODIFYING CERTAIN PRE-TRIAL DEADLINES |
| 127.0073 | 08/19/2020 | GFP | 185.00 | 1.50 | 277.50 | REVIEW CLAIM FILE ████████████████████████████ |
| 127.0073 | 08/19/2020 | GFP | 185.00 | 3.00 | 555.00 | MEET WITH ALANA HARE ███████████████████████ |
| 127.0073 | 08/19/2020 | GFP | 185.00 | 3.00 | 555.00 | ATTEND DEPOSITION OF ALANA HARE (1:00 PM TO 4:00 PM) (NO LOCAL TRAVEL BILLED) |
| 127.0073 | 08/20/2020 | MCK | 185.00 | 1.00 | 185.00 | REVIEW VARIOUS PLEADINGS AND CLAIM FILE MATERIALS RE FINAL PRETRIAL REPORT |
| 127.0073 | 08/20/2020 | MCK | 185.00 | 0.90 | 166.50 | DRAFT/REVISE DEFENDANTS INSERTS IN FINAL PRETRIAL REPORT |
| 127.0073 | 08/20/2020 | MCK | 185.00 | 1.70 | 314.50 | DRAFT/REVISE MOTION IN LIMINE RE OTHER CLAIMS AGAINST CSAA |
| 127.0073 | 08/20/2020 | MCK | 185.00 | 1.10 | 203.50 | DRAFT/REVISE MOTION IN LIMINE RE PUNITIVE ARGUMENTS IN FIRST PHASE |
| 127.0073 | 08/20/2020 | GFP | 185.00 | 2.80 | 518.00 | ATTEND MEDIATION VIA ZOOM (STEVE PERRANDO PARTICIPATED BY PHONE) (9 AM TO 11:50 AM) |
| 127.0073 | 08/20/2020 | GFP | 185.00 | 0.40 | 74.00 | TELEPHONE CONFERENCE WITH STEVE PERRANDO ███████████████ |
| 127.0073 | 08/20/2020 | GFP | 185.00 | 0.30 | 55.50 | TELEPHONE CONFERENCE WITH ALANA HARE RE ████████████████ |
| 127.0073 | 08/21/2020 | MCK | 185.00 | 0.70 | 129.50 | DRAFT/REVISE MOTION IN LIMINE RE OKLAHOMA UNFAIR CLAIMS SETTLEMENT ACT |
| 127.0073 | 08/21/2020 | MCK | 185.00 | 0.50 | 92.50 | DRAFT/REVISE MOTION IN LIMINE RE GOLDEN RULE |
| 127.0073 | 08/21/2020 | MCK | 185.00 | 0.60 | 111.00 | DRAFT/REVISE MOTION IN LIMINE RE REASON TO PAY MORE |
| 127.0073 | 08/21/2020 | MCK | 185.00 | 0.50 | 92.50 | DRAFT/REVISE MOTION IN LIMINE RE BENEFIT OF THE DOUBT |
| 127.0073 | 08/21/2020 | MCK | 185.00 | 0.50 | 92.50 | DRAFT/REVISE MOTION IN LIMINE RE CLAIMS-HANDLING GUIDELINES |
| 127.0073 | 08/21/2020 | MCK | 185.00 | 0.60 | 111.00 | DRAFT/REVISE MOTION IN LIMINE RE RESERVES |
| 127.0073 | 08/21/2020 | MCK | 185.00 | 1.40 | 259.00 | REVISIONS/ADDITIONS TO ALL MOTIONS IN LIMINE TO CONSOLIDATE INTO SINGLE BRIEF ████████████████████████████ |
| 127.0073 | 08/21/2020 | MCK | 185.00 | 0.50 | 92.50 | REVIEW/ANALYSIS OF PLAINTIFF'S PRETRIAL ORDER INSERTS |
| 127.0073 | 08/21/2020 | MCK | 185.00 | 0.60 | 111.00 | REVIEW EXHIBITS PROFFERED BY PLAINTIFF RE POTENTIAL OBJECTIONS IN PRETRIAL REPORT |
| 127.0073 | 08/21/2020 | MCK | 185.00 | 0.10 | 18.50 | EMAIL FROM PLAINTIFF'S COUNSEL RE FINAL PRETRIAL REPORT |
| 127.0073 | 08/21/2020 | MCK | 185.00 | 0.80 | 148.00 | REVIEW/ANALYSIS OF PRIOR PLEADINGS AND CLAIM FILE RE RESPONSES TO ISSUES RAISED IN PRETRIAL REPORT BY PLAINTIFF |
| 127.0073 | 08/21/2020 | MCK | 185.00 | 1.50 | 277.50 | REVISIONS/ADDITIONS TO PRETRIAL ORDER, INCORPORATING DEFENDANT PORTIONS INCLUDING OBJECTIONS TO EXHIBITS AND REVISING JOINT ENTRIES |
| 127.0073 | 08/21/2020 | JKH | 165.00 | 0.50 | 82.50 | REVIEW AND ANALYZE PLAINTIFF'S PORTION OF THE PROPOSED FINAL PRETRIAL REPORT |
| 127.0073 | 08/21/2020 | JKH | 165.00 | 1.30 | 214.50 | PREPARE TO DRAFT DEFENDANT'S PORTION OF THE FINAL PRETRIAL REPORT THAT INCLUDES DEFENDANT'S EXHIBIT LIST █████████████ ████████████████████ |
| 127.0073 | 08/22/2020 | MCK | 185.00 | 2.50 | 462.50 | REVIEW/ANALYSIS OF EXHIBITS, DEPOSITIONS AND CLAIM FILE RE TRIAL BRIEF ISSUES/ARGUMENTS |
| 127.0073 | 08/22/2020 | MCK | 185.00 | 1.40 | 259.00 | REVIEW/ANALYSIS OF AUTHORITIES RE ███████████████████ |

**Detail Fee Transaction File List**

Ryan Whaley Coldiron Jantzen Peters & Webber, PLLC

| Client | Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 127.0073 CSAA Insurance Exchange** | | | | | | |
| 127.0073 | 08/22/2020 | MCK | 185.00 | 0.90 | 166.50 | REVIEW MOTION FOR SUMMARY JUDGMENT, RESPONSE, REPLY AND SUPPLEMENT RE ISSUES FOR TRIAL BRIEF |
| 127.0073 | 08/22/2020 | MCK | 185.00 | 3.60 | 666.00 | DRAFT/REVISE TRIAL BRIEF RE CONTRACT, BAD FAITH AND PUNITIVE DAMAGES ISSUES |
| 127.0073 | 08/22/2020 | GFP | 185.00 | 2.20 | 407.00 | PLAN AND PREPARE FOR TRIAL |
| 127.0073 | 08/23/2020 | MCK | 185.00 | 1.00 | 185.00 | REVIEW/ANALYSIS OF POLICY RE |
| 127.0073 | 08/23/2020 | MCK | 185.00 | 3.20 | 592.00 | DRAFT/REVISE TRIAL BRIEF RE ADDITIONAL POLICY PROVISIONS AND POLICY INTERPRETATION |
| 127.0073 | 08/24/2020 | JM | 85.00 | 1.70 | 144.50 | WORK ON DRAFT OF MOTIONS IN LIMINE |
| 127.0073 | 08/24/2020 | MCK | 185.00 | 1.80 | 333.00 | FINAL REVISIONS TO TRIAL BRIEF, INCLUDING ADDITIONAL BAD FAITH ARGUMENTS AND AUTHORITIES |
| 127.0073 | 08/24/2020 | MCK | 185.00 | 0.30 | 55.50 | CALL/EMAIL WITH A HARE RE |
| 127.0073 | 08/24/2020 | MCK | 185.00 | 0.80 | 148.00 | FINAL REVISIONS/ADDITIONS TO MOTIONS IN LIMINE |
| 127.0073 | 08/24/2020 | MCK | 185.00 | 0.60 | 111.00 | REVIEW/REVISE PRETRIAL REPORT |
| 127.0073 | 08/24/2020 | MCK | 185.00 | 1.40 | 259.00 | REVIEW/ANALYSIS OF PLAINTIFF'S PRETRIAL FILINGS, INCLUDING JURY INSTRUCTIONS AND ADDITIONS TO PTR AND POTENTIAL NEED FOR OBJECTIONS TO SAME |
| 127.0073 | 08/24/2020 | GFP | 185.00 | 1.00 | 185.00 | DRAFT SUPPLEMENTAL SET OF REQUESTED VOIR DIRE |
| 127.0073 | 08/24/2020 | JKH | 165.00 | 1.40 | 231.00 | BEGIN DRAFT OF DEFENDANT'S FINAL EXHIBIT LIST FOR FINAL PRETRIAL REPORT |
| 127.0073 | 08/24/2020 | JKH | 165.00 | 0.40 | 66.00 | REVISE AND FINALIZE DEFENDANT'S FINAL EXHIBIT LIST FOR FINAL PRETRIAL REPORT |
| 127.0073 | 08/24/2020 | JKH | 165.00 | 1.00 | 165.00 | REVISE AND FINALIZE ALL OF DEFENDANT'S PORTION OF FINAL PRETRIAL REPORT TO TRANSMIT TO PLAINTIFF'S COUNSEL FOR FILING |
| 127.0073 | 08/24/2020 | JKH | 165.00 | 0.80 | 132.00 | REVISE AND EDIT DRAFT OF DEFENDANT'S TRIAL BRIEF |
| 127.0073 | 08/27/2020 | MCK | 185.00 | 2.00 | 370.00 | REVIEW VARIOUS EXHIBITS AND DEPOSITIONS RE ENTRIES FOR TIME LINE AND ISSUES FOR TRIAL |
| 127.0073 | 08/27/2020 | MCK | 185.00 | 1.20 | 222.00 | DRAFT START OF KEY EVENTS FOR TIMELINE, INCLUDING CITATIONS TO EXHIBITS/DEPOSITIONS |
| 127.0073 | 08/28/2020 | GFP | 185.00 | 3.50 | 647.50 | CONTINUE TRIAL PREPARATION, INCLUDING DRAFTING TRIAL OUTLINES OF THE WITNESSES AND INDEXING DEPOSITIONS |
| 127.0073 | 08/28/2020 | MCK | 185.00 | 0.10 | 18.50 | EMAILS WITH D PEREZ RE |
| 127.0073 | 08/28/2020 | MCK | 185.00 | 1.30 | 240.50 | PREPARE OUTLINE/KEY QUESTIONS FOR TRIAL PREP |
| 127.0073 | 08/28/2020 | MCK | 185.00 | 1.80 | 333.00 | REVIEW JURY INSTRUCTIONS RE POTENTIAL OBJECTIONS AND GROUNDS/AUTHORITIES FOR SAME |
| 127.0073 | 08/28/2020 | MCK | 185.00 | 2.00 | 370.00 | DRAFT OBJECTIONS TO PROPOSED JURY INSTRUCTIONS |
| 127.0073 | 08/28/2020 | MCK | 185.00 | 1.50 | 277.50 | REVIEW PLAINTIFFS' MOTIONS IN LIMINE |
| 127.0073 | 08/29/2020 | MCK | 185.00 | 1.60 | 296.00 | ADDITIONS TO OBJECTIONS TO PLAINTIFF'S PROPOSED JURY INSTRUCTIONS |
| 127.0073 | 08/29/2020 | MCK | 185.00 | 2.50 | 462.50 | REVIEW/ANALYSIS OF I RUPERT DEPOSITION AND VARIOUS EXHIBITS REPORTS RELATED TO SAME |
| 127.0073 | 08/29/2020 | MCK | 185.00 | 3.40 | 629.00 | DRAFT RUPERT TRIAL OUTLINE |
| 127.0073 | 08/30/2020 | GFP | 185.00 | 2.40 | 444.00 | PREPARE FOR TRIAL, |
| 127.0073 | 08/30/2020 | MCK | 185.00 | 2.00 | 370.00 | ADDITIONAL REVIEW OF MATERIALS CITED IN RUPERT DEPOSITION AND IN HIS VARIOUS MATERIALS |
| 127.0073 | 08/30/2020 | MCK | 185.00 | 1.80 | 333.00 | ADDITIONS TO RUPERT TRIAL OUTLINE |
| 127.0073 | 08/30/2020 | MCK | 185.00 | 2.30 | 425.50 | REVIEW/ANALYSIS OF A HARE DEPOSITION AND RELATED MATERIALS FOR TRIAL PREPARATION |
| 127.0073 | 08/30/2020 | MCK | 185.00 | 2.50 | 462.50 | DRAFT A HARE TRIAL OUTLINE |
| 127.0073 | 08/31/2020 | GFP | 185.00 | 3.40 | 629.00 | FINALIZE TRIAL BRIEF ON BEHALF OF CSAA |
| 127.0073 | 08/31/2020 | MCK | 185.00 | 2.50 | 462.50 | ANALYSIS FOR POTENTIAL ADDITION TO OBJECTION TO PROPOSED JURY INSTRUCTIONS |
| 127.0073 | 08/31/2020 | MCK | 185.00 | 0.50 | 92.50 | MEETING WITH G ROBINSON RE |
| 127.0073 | 08/31/2020 | MCK | 185.00 | 3.00 | 555.00 | EMAIL/MEETING WITH A HARE AND D PEREZ RE |

**Detail Fee Transaction File List**

Ryan Whaley Coldiron Jantzen Peters & Webber, PLLC

| Client | Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 127.0073 CSAA Insurance Exchange** | | | | | | |
| 127.0073 | 08/31/2020 | MCK | 185.00 | 1.20 | 222.00 | REVISIONS/ADDITIONS TO HARE TRIAL OUTLINE |
| 127.0073 | 08/31/2020 | MCK | 185.00 | 1.40 | 259.00 | REVIEW VARIOUS EXHIBITS RE ▮▮▮▮▮▮▮▮▮▮ |
| 127.0073 | 09/01/2020 | GFP | 185.00 | 3.40 | 629.00 | Continue trial preparation, ▮▮▮▮▮▮▮▮ |
| 127.0073 | 09/01/2020 | MCK | 185.00 | 2.40 | 444.00 | Continue review/analysis ▮▮▮▮▮▮▮▮ |
| 127.0073 | 09/01/2020 | MCK | 185.00 | 1.80 | 333.00 | Analysis of trial strategy arguments and areas of focus ▮▮▮▮▮ |
| 127.0073 | 09/01/2020 | MCK | 185.00 | 0.20 | 37.00 | Review/analysis of Court's Order on new trial date and related issues |
| 127.0073 | 09/01/2020 | MCK | 185.00 | 0.40 | 74.00 | Emails with S Perrando, D Perez and A Hare re ▮▮▮▮▮ |
| 127.0073 | 09/02/2020 | MCK | 185.00 | 1.80 | 333.00 | Review/analysis of authorities and arguments re ▮▮▮▮▮ |
| 127.0073 | 09/02/2020 | MCK | 185.00 | 2.40 | 444.00 | Revise objections to jury instruction ▮▮▮▮▮▮ |
| 127.0073 | 09/02/2020 | MCK | 185.00 | 2.20 | 407.00 | Review/analysis of arguments and authorities ▮▮▮▮▮ |
| 127.0073 | 09/02/2020 | MCK | 185.00 | 1.20 | 222.00 | Outline/draft argument ▮▮▮▮▮▮ |
| 127.0073 | 09/02/2020 | MCK | 185.00 | 0.20 | 37.00 | Emails with opposing counsel re Supplement to MSJ |
| 127.0073 | 09/02/2020 | MCK | 185.00 | 0.50 | 92.50 | Draft Motion to File Supplement to MSJ |
| 127.0073 | 09/03/2020 | MCK | 185.00 | 0.80 | 148.00 | Final revisions to Objections to Jury Instructions |
| 127.0073 | 09/03/2020 | MCK | 185.00 | 0.80 | 148.00 | Review/analysis of Plaintiffs' Response to Trial Brief and Objections to Jury Instructions |
| 127.0073 | 09/04/2020 | JM | 85.00 | 0.20 | 17.00 | Review Court's Amended October Civil Trial Docket |
| 127.0073 | 09/09/2020 | MCK | 185.00 | 0.40 | 74.00 | Review Plaintiff's Response to Motion to Supplement MSJ and cited authorities in support |
| 127.0073 | 09/09/2020 | MCK | 185.00 | 0.70 | 129.50 | Review potential counter authorities to Plaintiff's cited authorities in Response to Motion to Supplement |
| 127.0073 | 09/09/2020 | MCK | 185.00 | 0.50 | 92.50 | Draft Reply in Support of Motion to Supplement |
| 127.0073 | 09/10/2020 | MCK | 185.00 | 1.20 | 222.00 | Review Hare depo, notes ▮▮▮▮▮▮▮▮▮ |
| 127.0073 | 09/10/2020 | MCK | 185.00 | 1.70 | 314.50 | Draft Supplement to MSJ |
| 127.0073 | 09/10/2020 | MCK | 185.00 | 0.30 | 55.50 | Revisions to Reply re Motion to Supplement |
| 127.0073 | 09/11/2020 | MCK | 185.00 | 1.60 | 296.00 | Revisions/additions to Supplement to MSJ |
| 127.0073 | 09/11/2020 | MCK | 185.00 | 1.40 | 259.00 | Review/analysis of Plaintiff's exhibits to response ▮▮▮▮▮ |
| 127.0073 | 09/11/2020 | JKH | 165.00 | 0.80 | 132.00 | Revise and update Defendant's supplement to Defendant's MSJ |
| 127.0073 | 09/15/2020 | GFP | 185.00 | 2.20 | 407.00 | Draft Responses to Plaintiffs' Motions in Limine re Plaintiffs' public adjuster |
| 127.0073 | 09/17/2020 | MCK | 185.00 | 0.50 | 92.50 | Review/analysis of Plaintiff's Response to Supplement to MSJ |
| 127.0073 | 09/17/2020 | MCK | 185.00 | 0.10 | 18.50 | Email A Hare re ▮▮▮▮▮ |
| 127.0073 | 09/21/2020 | GFP | 185.00 | 1.80 | 333.00 | Draft Index of Deposition Transcript of Tammy Covington |
| 127.0073 | 09/22/2020 | JM | 85.00 | 0.20 | 17.00 | Receive and review Court's Order and Notice striking October Trial and rescheduling on November docket |
| 127.0073 | 09/22/2020 | MCK | 185.00 | 0.10 | 18.50 | Review order from Court re new trial setting |
| 127.0073 | 09/22/2020 | MCK | 185.00 | 0.10 | 18.50 | Emails with S Perrando re ▮▮▮▮▮ |
| 127.0073 | 09/22/2020 | MCK | 185.00 | 0.20 | 37.00 | Emails with CSAA witnesses re ▮▮▮▮▮ |
| 127.0073 | 09/25/2020 | JM | 85.00 | 0.20 | 17.00 | Receive and review Court's Amended November Trial Docket Call |
| 127.0073 | 10/21/2020 | JM | 85.00 | 0.20 | 17.00 | Receive and review Court's Notice of December Trial Docket and Docket Call |
| 127.0073 | 10/23/2020 | GFP | 185.00 | 0.30 | 55.50 | Review Court's Order granting our Motion for Summary Judgment |
| 127.0073 | 10/23/2020 | MCK | 185.00 | 0.80 | 148.00 | Review/analysis of order granting summary judgment |
| 127.0073 | 10/23/2020 | MCK | 185.00 | 0.20 | 37.00 | Email S Perrando re ▮▮▮▮▮ |
| 127.0073 | 10/23/2020 | JKH | 165.00 | 0.50 | 82.50 | Review and analyze Court's Order granting Defendant's Motion for Summary Judgment entered today |
| 127.0073 | 10/27/2020 | MCK | 185.00 | 1.60 | 296.00 | Review pleadings and claim file re information for Motion for Fees, ▮▮▮▮▮ |
| 127.0073 | 10/27/2020 | MCK | 185.00 | 0.80 | 148.00 | Review authorities and rules re motion for fees and bill of costs |
| 127.0073 | 10/27/2020 | MCK | 185.00 | 2.80 | 518.00 | Draft Motion for Fees and Affidavit in Support |
| 127.0073 | 10/27/2020 | MCK | 185.00 | 1.20 | 222.00 | Draft Brief in Support of Bill of Costs |

**Detail Fee Transaction File List**

Ryan Whaley Coldiron Jantzen Peters & Webber, PLLC

| Client | Trans Date | Tmkr | Rate | Hours to Bill | Amount |
|--------|-----------|------|------|---------------|--------|
| GRAND TOTALS | | | | | |
| | | | Billable | 295.20 | 49,742.00 |