# EXHIBIT 3

|  |  | Hours to Bill | Amount |  |
|---|---|---|---|---|
| **Total for Timekeeper 8** | Billable | 36.50 | 6,752.50 | Gerard F. Pignato |
| **Total for Timekeeper 12** | Billable | 140.80 | 26,048.00 | Matthew C. Kane |
| **Total for Timekeeper 17** | Billable | 86.40 | 14,256.00 | Joshua K. Hefner |
| **Total for Timekeeper 21** | Billable | 8.50 | 722.50 | JoAnn Mickle |
| **Total for Timekeeper 25** | Billable | 21.60 | 1,836.00 | Gordon J. Pignato |
| **Total for Timekeeper 39** | Billable | 1.30 | 110.50 | Former Timekeepers |

**GRAND TOTALS**

|  |  |  |
|---|---|---|
| Billable | 295.10 | 49,725.50 |