# EXHIBIT 1

**Kathey Shocks**

| | |
|---|---|
| From: | JoAnn Mickle |
| Sent: | Wednesday, August 14, 2019 8:46 AM |
| To: | Kathey Shocks |
| Subject: | FW: Pay.gov Payment Confirmation: OKWD CM ECF |

Electronic Check:

Date: 08/13/19
$$: 400.00
Re: Filing Fee - Removal Action
Client: CSAA/Campbell (there's no client number for this yet) Check No. 100001
Atty: MCK

127.0072

-----Original Message-----
From: notification@pay.gov <notification@pay.gov>
Sent: Tuesday, August 13, 2019 5:13 PM
To: JoAnn Mickle <jmickle@ryanwhaley.com>
Subject: Pay.gov Payment Confirmation: OKWD CM ECF

Your payment has been submitted to https://urldefense.proofpoint.com/v2/url?u=http-3A__Pay.gov&d=DwICAg&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LQF29c3U8vNCEQteWGnizDSmyqxlJmiR4zTnF84IPoY&m=kkLf20B8SavBSsi26JuapnFY_ktps5nrLXF_kFukszQ&s=hniv_Sm1skmL8ZZpl9ZJJkSG1HcVhisY6MBGIz_U7yk&e= and the details are below. If you have any questions or wish to cancel this payment, you will need to contact the CM/ECF Helpdesk at (405) 609-5555.

Application Name: OKWD CM ECF
https://urldefense.proofpoint.com/v2/url?u=http-3A__Pay.gov&d=DwICAg&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LQF29c3U8vNCEQteWGnizDSmyqxlJmiR4zTnF84IPoY&m=kkLf20B8SavBSsi26JuapnFY_ktps5nrLXF_kFukszQ&s=hniv_Sm1skmL8ZZpl9ZJJkSG1HcVhisY6MBGIz_U7yk&e=
Tracking ID: 26JFO403 Agency Tracking ID: 1087-2977159

Account Holder Name: Ryan Whaley Coldiron Jantzen Peters & Webber PLLC Transaction Type: ACH Debit Transaction Amount: $400.00 Payment Date: Aug 14, 2019 Account Type: Business Checking Routing Number: 303087995 Account Number: ************6010

Transaction Date: Aug 13, 2019 6:13:04 PM Total Payments Scheduled: 1
Frequency: OneTime

1