# EXHIBIT 2

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 171488 | 7/16/2020 | 145701 |
| Job Date | Case No. | |
| 7/10/2020 | CIV-19-718-PRW | |
| Case Name | | |
| Covington vs. AAA Insurance  127.0073 | | |
| Payment Terms | | |
| Net 30 days | | |

Josh Hefner
Ryan, Whaley, Coldiron, Jantzen, Peters & Webber
400 N. Walnut Ave

Oklahoma City, OK 73104

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Alan Heise

   10.30

**TOTAL DUE   >>>**     **$10.30**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*