# EXHIBIT 3

## JoAnn Mickle

**From:** Megan Moser
**Sent:** Thursday, March 12, 2020 4:22 PM
**To:** JoAnn Mickle
**Cc:** Kathey Shocks
**Subject:** Witness Fee check

JoAnn,

Can I please have a check for the Federal Witness Fee in Covington v. CSAA for $51.50? Distance is from Choctaw, 20 miles roundtrip. Thank you!



Megan Moser
**Paralegal**

405.239.6040
400 North Walnut Avenue
Oklahoma City, OK 73104
mmoser@ryanwhaley.com

*entered 03/16/2020*

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

.575/mile = $11.50
$51.50

127.0073
Ian Rupert
CK #14002