IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON and ) <br> JEFFREY COVINGTON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CSAA FIRE AND CASUALTY ) <br> INSURANCE, d/b/a AAA FIRE AND ) <br> CASUALTY INSURANCE COMPANY, INC. ) <br> ) <br> Defendant. ) | Case No. 19-cv-00718-PRW |

**JOINT MOTION FOR ENTRY OF JUDGMENT**

Presently pending before the Court are CSAA Fire and Casualty Insurance Company's ("CSAA") Motion for Attorney Fees [Dkt. No. 79] and Bill of Costs [Dkt. No. 80]. On October 23, 2020, the Court entered judgment in favour of CSAA on all claims. [Dkt. No. 78]. CSAA is thus the prevailing party for purposes of the pending filings.

In an effort to streamline proceedings and avoid unnecessary burden on this Court, Plaintiffs Tammy Covington and Jeffrey Covington and CSAA stipulate to the amounts requested in those filings. Plaintiffs and Defendant jointly request the Court enter judgment in the amount of $461.80 in taxable costs and $ 49,742.00 in attorney fees for a total of $50,203.80.

1

Respectfully submitted,

*s/ Douglas Shelton*
Douglas Shelton, OBA No. 8159
SHELTON & WALKLEY LAW GROUP
7701 South Western Avenue, Suite 201
Oklahoma City, Oklahoma 73139
Telephone: (405) 605-8800
Facsimile: (405) 601-0677
Email: dshelton@sheltonlawok.com
**ATTORNEY FOR PLAINTIFFS**

*s/ Matthew C. Kane*
*(Signed by filing attorney with permission)*
Gerard F. Pignato, OBA No. 11473
Matthew C. Kane, OBA No. 19502
Joshua K. Hefner, OBA No. 30870
RYAN WHALEY COLDIRON JANTZEN
  PETERS & WEBBER, PLLC
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
Telephone:   405-239-6040
Facsimile:   405-239-6766
Email:       jerry@ryanwhaley.com
             mkane@ryanwhaley.com
             jhefner@ryanwhaley.com
**ATTORNEYS FOR DEFENDANT**