IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON and <br> JEFFREY COVINGTON, <br>       Plaintiffs, <br> v. <br> CSAA FIRE AND CASUALTY INSURANCE, <br> d/b/a AAA FIRE AND CASUALTY <br> INSURANCE COMPANY, INC., <br>       Defendant. | Case No. CIV-19-00718-PRW |

## JUDGMENT

Before the Court are Defendant's Motion for Attorney Fees (Dkt. 79) and Bill of Costs (Dkt. 80), and the Parties' Joint Motion for Entry of Judgment (Dkt. 83). With the latter, Plaintiffs stipulate to the amounts requested in Defendant's Motion for Attorney Fees (Dkt. 79) and Bill of Costs (Dkt. 80) "[i]n an effort to streamline proceedings and avoid unnecessary burden on th[e] Court." Accordingly, the Parties "jointly request the Court enter judgment in the amount of $461.80 in taxable costs and $49,742.00 in attorney fees for a total of $50,203.80."

Upon due consideration and for good cause shown, the Court finds that the amount of costs and attorney fees is reasonable and supported by appropriate documentation and that all such fees were necessarily incurred as a result of the instant litigation.

**IT IS THEREFORE ORDERED** that the Parties' Joint Motion for Entry of Judgment (Dkt. 83) and Defendant's Motion for Attorney Fees (Dkt. 79) and Bill of Costs

(Dkt. 80) are **GRANTED**. Accordingly, the requested total costs and fees in the amount of $50,203.80 is approved and awarded in favor of Defendant CSAA Fire & Casualty Insurance.

**IT IS SO ORDERED this 23rd day of November, 2020.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE