IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY COVINGTON, and<br>JEFFREY COVINGTON<br><br>    Plaintiffs,<br><br>v.<br><br>CSAA FIRE AND CASUALTY<br>INSURANCE, d/b/a AAA FIRE AND<br>CASUALTY INSURANCE COMPANY,<br>INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Case No. CIV-19-718-PRW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **RELEASE AND SATISFACTION OF JUDGMENT**

Defendant, CSAA FIRE & CASUALTY INSURANCE d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC., does hereby acknowledge receipt from Plaintiffs, Jeffrey and Tammy Covington, all sums due upon the judgment rendered in said cause on the 23rd day of November, 2020 [Dkt. No. 84], in favor of CSAA FIRE & CASUALTY INSURANCE COMPANY d/b/a AAA FIRE AND CASUALTY INSURANCE COMPANY, INC., and against Plaintiffs. Said sums are received and accepted in full payment and satisfaction of said judgment with interest and costs [Dkt No. 80], and in full payment and satisfaction of any and all attorney fees [Dkt No. 79], liens and claims in said cause and in and to the proceeds of said judgment, and the undersigned does hereby release, acquit and forever discharge the said Plaintiffs, Jeffrey and Tammy Covington, from all liability to and demand of the undersigned in respect to said cause and judgment.

This release shall be filed in the office of the Clerk of Court, and the Clerk is hereby authorized and directed to enter said release on the judgment docket of said Court and to release the judgment of record.

DATED this 24th day of November, 2020.

        Respectfully submitted,

        s/ Matthew C. Kane
        Gerard F. Pignato, OBA #11473
        Matthew C. Kane, OBA #19502
        Joshua K. Hefner, OBA #30870
        RYAN WHALEY
        400 North Walnut Ave.
        Oklahoma City, OK  73104
        jerry@ryanwhaley.com
        mkane@ryanwhaley.com
        jhefner@ryanwhaley.com

        *ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Douglas J. Shelton
dshelton@sheltonlawok.com

        s/ Matthew C. Kane
        For the Firm